IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F Enterprises, Inc., II, | ) | Case No. 13-07930 (DRC) |
| | ) | |
| Debtors. | ) | Hearing Date: May 28, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

**ORDER GRANTING MOTION TO COMPEL**

This matter coming to be heard on the Motion of IHOP Franchising, LLC and the other IHOP entities set forth in the Motion (collectively, "IHOP") to Compel on Discovery (the "Motion"); the Court having reviewed the Motion and considered any objections thereto; and good cause having being shown for the relief granted herein.

IT IS THEREFORE ORDERED THAT:

A. The Debtors shall produce the remaining documents set forth on Exhibit A to the 2004 Motion on a rolling basis with final production no later than June 14, 2013 and shall produce a privilege log as to any documents they assert are attorney-client privileged, other than Debtors' counsel may produce a summary of Mr. Alforookh's travel to and from the United States in lieu of actual passport pages and plane tickets.

B. Nothing herein shall prejudice IHOP's other rights under the existing 2004 Order.

C. This Court retains jurisdiction to address any discovery disputes and to construe and enforce this order.

Date: May 28, 2013        SO ORDERED: _____
                                       Hon. Donald R. Cassling
                                       United States Bankruptcy Judge