UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Donald R. Cassling
Hearing Date: May 12, 2014
Bankruptcy Case: 13-7930 (DRC)
Adversary No.:
Title of Case: A & F Enterprises, II, et al.

Brief Statement of Motion: Emergency Motion to Enter Into Management Agreement with Siyavoush Soleimani

Names and Addresses of moving counsel: Micah R. Krohn, 325 N. LaSalle St., Ste. 625, Chicago 60654

Representing: Frances Gecker, Chapter 11 Trustee

ORDER

IT IS HEREBY ORDERED THAT:

The Motion is granted. The Interim Management Agreement attached as Exhibit A to the Motion is approved, provided that the Manager shall advance no more than $100,000 in operating costs until May 20, 2014. The Motion is continued for entry of a final order on May 20, 2014 at 10:30. on an interim basis.

May 12, 2014

Donald R. Cassling
U.S. Bankruptcy Judge