**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, *et al.*,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Substantively Consolidated |
| | ) | |
| Debtors. | ) | **Hearing Date:   July 22, 2014** |
| | ) | **Hearing Time:    9:30 a.m.** |

**SUMMARY OF FINAL APPLICATION OF
O'ROURKE & MOODY, CO-COUNSEL FOR THE DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | O'Rourke & Moody ("O&M") |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective February 28, 2013, by Order entered on or about April 30, 2013 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2014 through May 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $107,047.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $1,530.01 |
| Type of Fee Application: | Final application |

This is O&M's final application. O&M's first interim application was granted on

September 16, 2013, and O&M was allowed fees and expenses of $174,588.25 and has received

---

[1]   The Debtors in these chapter 11 cases, together with their federal tax identification numbers, are A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

$150,150.00 from the debtors and debtors in possession. O&M's second interim application was granted on June 30, 2014, and O&M was allowed fees and expenses of $133,919.56 subject to further order of this Court. (Dkt. No. 630)

### O'ROURKE & MOODY PROFESSIONALS

| Name of Professional | Position | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Michael C. Moody | Partner | $400 | 229.80 | $91,920.00 |
| Michael J. O'Rourke | Partner | $400 | 5.00 | $2,000.00 |
| Myles P. O'Rourke | Partner | $250 | 4.20 | $1,050.00 |
| Brian J. Stefanich | Associate | $225 | 37.10 | $8,347.50 |
| Daniel A. Neville | Paralegal | $100 | 31.80 | $3,180.00 |
| Maria Diaz | Paralegal | $100 | 5.50 | $550.00 |

|  |  |
|---|---|
| **Total Value (Attorneys):** | **$103,317.50** |
| **Total Hours (Attorneys):** | **276.10** |
| **Approximate Blended Hourly Rate:** | **$374.20** |

For purposes of calculating the blended hourly rate, O&M used only attorney time. If one considers the services provided by all professionals (including paralegals and law clerks) during the five-month period covered by this application, O&M has expended a total number of 313.40 hours in this case.

Dated: July 1, 2014

By:     /s/ *Michael C. Moody*

Michael C. Moody (ARDC No.6205168)
O'ROURKE & MOODY
55 W. Wacker Drive, Suite 1400
Chicago, Illinois 60601

Main:   (312) 849-2020
Fax:    (312) 849-2021
Email:  mmoody@orourkeandmoody.com

*Attorney for the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, et al.,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Substantively Consolidated |
| | ) | |
| Debtors. | ) | **Hearing Date:    July 22, 2014** |
| | ) | **Hearing Time:    9:30 a.m.** |

## FINAL APPLICATION OF
## O'ROURKE & MOODY, CO-COUNSEL FOR THE DEBTORS, FOR
## ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to sections 330(a) and 331 of the Bankruptcy Code, Rule 2016 of the Federal

Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 5082-1 of the Local Bankruptcy

Rules, effective as of January 1, 2012 (the "Local Rules"), and applicable provisions of the

United States Trustee's Guidelines for Reviewing Applications for Compensation and

Reimbursement Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58 (the "Guidelines")),

O'Rourke & Moody ("O&M"), counsel to the Debtors ("Debtors") in the above-captioned cases,

respectfully submits its Final Application for Allowance of Compensation and Reimbursement

of Expenses (the "Final Application") for the period from January 1, 2014 through May 31, 2014

(the "Final Application Period").

By this Final Application, O&M seeks allowance of attorneys' fees in the amount of

$107,047.50 and reimbursement of expenses in the amount of $1,530.01, for a total allowance of

$108,577.51 during the Final Application Period.  O&M further requests that the Court

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

authorize O&M to be paid all allowed fees and expenses in accordance with any order approving its interim applications.

## BACKGROUND

1.      On February 28, 2013 (the "Petition Date"), the Debtors filed voluntary petitions pursuant to chapter 11 of the Bankruptcy Code, thereby commencing these cases (collectively, the "Chapter 11 Cases").

2.      On April 30, 2013, the Court approved the employment of O&M, as co-counsel for the Debtors, pursuant to an Order Granting Debtors' Application to Employ and Retain O'Rourke & Moody as Counsel Retroactive to the Petition Date. (Dkt. No. 94)

3.      On that same date, the Court approved the employment of Neal Wolf & Associates, LLC, as co-counsel for the Debtors, *nunc pro tunc* to the Petition Date. (Dkt. No. 93)

4.      This is O&M's final application for allowance of compensation and reimbursement of expenses in these Chapter 11 Cases. O&M's second interim application was filed on August 15, 2013. (Dkt. No. 220) This Court granted O&M's second interim application on June 30, 2014. (Dkt. No. 630)

5.      O&M is currently holding $65.22 in its client trust account.

6.      O&M is in compliance with the guidelines of the United States Bankruptcy Court for the Northern District of Illinois. The standard hourly rates of the personnel that have provided professional services in the Chapter 11 Cases, during the Final Application Period, are:

| Name of Professional | Position | Hourly Rate |
|---|---|---|
| Michael C. Moody | Partner | $400 |
| Michael J. O'Rourke | Partner | $400 |
| Myles P. O'Rourke | Partner | $250 |
| Brian J. Stefanich | Associate | $225 |
| Daniel A. Neville | Paralegal | $100 |
| Maria Diaz | Paralegal | $100 |
| | | |

7.      During the Final Application Period, O&M performed the services more fully described in this Final Application and the time summaries which are attached hereto as **Exhibit A**.

8.      O&M has not agreed to share any compensation that is allowed with any other person.

9.      O&M has allocated its services in these Cases among the following fourteen (14) categories:  General, Employment and Fee Applications, Plan of Reorganization and Disclosure Statement, Cash Collateral/DIP Financing, Communications with Creditors, Claims Objections, Asset Sales, Employee Matters, Tax Matters, Vendor/Utility Matters, Schedules/SOFAs, Franchise Litigation, Other Litigation, Assumption/Assignment Issues. The total amount of compensation for which O&M seeks allowance in this Final Application falls into eleven of the categories, as reflected below:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter #001 – General | 39.70 | $12,122.50 |
| Matter #002 – Employment and Fee Application | 43.70 | $10,752.50 |
| Matter #003 – Plan of Reorganization and Disclosure Statement | 1.80 | $580.00 |
| Matter #004 – Cash Collateral/DIP Financing | 26.70 | $10,680.00 |
| Matter #005 – Communications with Creditors | 0 | $0 |
| Matter #006 – Claims Objections | 15.20 | $3,980.00 |
| Matter #007 – Asset Sales | 71.50 | $26,847.50 |
| Matter #008 – Employee Matters | 0 | $0 |
| Matter #009 – Tax Matters | 12.20 | $4,790.00 |
| Matter #010 – Vendor/Utility Matters | 2.60 | $1,040.00 |
| Matter #011 – Schedules/SOFAs | 3.20 | $657.50 |
| Matter #012 – Franchise Litigation | 85.60 | $31,117.50 |
| Matter #013 – Other Litigation | 11.20 | $4,480.00 |
| Matter #014 – Assumption/Assignment Issues | 0 | $0 |
| **TOTAL** | **313.40** | **$107,047.50** |

10.     The services performed by O&M professionals are described in detail in the attached **Exhibit B**, and summarized by category below.

11.     In addition, attached hereto as **Exhibit C** is the Declaration of Michael C. Moody in support of the Final Application. Also submitted herewith is a proposed order approving the Final Application.

## DESCRIPTION OF SERVICES RENDERED

A.     <u>001 – General</u>

Fees:  $12,122.50 – Total Hours:  39.70

This is a "catch-all" category that encompasses virtually all activities that do not otherwise fall within more specific activity categories. During the Final Application Period, the activities that were placed in this category included, without limitation, [i] reviewing and drafting correspondence regarding operational issues, [ii] drafting correspondence and communicating with the client regarding the Trustee's fees, and [iii] reviewing franchise agreements and drafting memoranda regarding the expiration and termination of the agreements.

B.      002 – Employment and Fee Application

Fees:  $10,752.50 – Total Hours: 43.70

O&M prepared and filed its Second Interim Fee Application and attended the court hearing on the application. O&M also drafted a motion to withdraw as counsel for the debtors and related correspondence regarding the withdrawal issue.

C.      003 – Plan of Reorganization and Disclosure Statement

Fees:  $580.00 – Total Hours:  1.80

During the Final Application Period, O&M reviewed IHOP's disclosure statement and researched plan voting and confirmation issues.

D.      004 – Cash Collateral/DIP Financing

Fees:  $10,680.00 – Total Hours:  26.70

During this Final Application Period, O&M communicated with counsel for Inland Bank regarding cash collateral and payments, drafted correspondence and communicated with the Debtors regarding the Inland Bank issues. O&M also drafted correspondence and communicated with potential lenders for the Janesville location.

    E.      <u>006 – Claims Objections</u>

        Fees:   $3,980.00 – Total Hours:  15.20

During the Final Application Period, O&M reviewed the claims register and drafted a claims summary analysis.

    F.      007 – Asset Sales

        Fees:   $26,847.50 – Total Hours:  71.50

During the Final Application Period, O&M reviewed IHOP's sale proposal, conferenced with potential purchasers regarding the financial and operational issues of the restaurants, drafted a Motion to Employ High Ridge Partners, Inc., as sales advisors, and communicated with the client regarding sales issues.

    G.      <u>009 – Tax Matters</u>

        Fees:   $4,790.00 – Total Hours: 12.20

O&M reviewed correspondence and communicated with the client regarding the Illinois Department of Revenue claims.

    H.      <u>010 – Vendor/Utility Matters</u>

        Fees:  $1,040.00 – Total Hours:  2.60

O&M expended time communicating with Van Eerden Foodservice Company, regarding payment negotiations.

    I.      <u>011 – Schedules/SOFAs</u>

        Fees:  $657.50 – Total Hours:  3.20

O&M reviewed the schedules and statements of financial affairs of the Debtors and communicated with co-counsel on these issues.

    J.      <u>012 – Franchise Litigation</u>

Fees:  $31,117.50 – Total Hours:  85.60

O&M expended significant time preparing, revising, and reviewing settlement proposals between the Debtors and IHOP. O&M attended conferences and meetings regarding a potential settlement.

K.      013 – Other Litigation

Fees:  $4,480.00 – Total Hours:  11.20

O&M attended court hearings regarding the Motion to Appoint a Trustee and Motion to Convert the case. O&M also reviewed the relevant pleadings regarding these motions.

12.      The reasonable value of services rendered by O&M during the Final Application Period is $107,047.50, representing 313.40 hours.

13.      O&M has staffed its representation at all times to avoid duplication of effort between it and the Debtor's co-counsel. O&M has provided high quality services on a variety of legal and factual issues at rates which favorably compare with those of other law firms of similar experience and ability.

**DESCRIPTION OF EXPENSES INCURRED**

14.      O&M seeks reimbursement of its actual and necessary expenses incurred in rendering services during the Final Application Period. O&M typically charges for incurred expenses such as, but not limited to, filing fees, expert consultation and witnesses, investigative services, deposition transcripts, facsimile transmissions, messenger services, postage charges, Pacer charges, photocopying (in-house and outside service) and computerized research (such as LexisNexis). The total amount of actual and necessary expenses for which reimbursement is sought is $1,530.01, and is summarized below:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|

| | | |
|---|---|---|
| Postage Fees | USPS | $315.91 |
| Computerized Research | LexisNexis | $196.70 |
| Pacer Usage | US Bankruptcy Court | $102.10 |
| Printing Expenses | | $915.30 |
| **TOTAL** | | **$1,530.01** |

17.     A detailed description of the actual and necessary expenses incurred by O&M during the Final Application Period is included in **Exhibit A**.

18.     Attorneys and paraprofessionals of O&M have expended a total of 313.40 hours in connection with their representation of the Debtors during the Final Application Period as follows:

| Name of Professional | Position | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Michael C. Moody | Partner | $400 | 229.80 | $91,920.00 |
| Michael J. O'Rourke | Partner | $400 | 5.00 | $2,000.00 |
| Myles P. O'Rourke | Partner | $250 | 4.20 | $1,050.00 |
| Brian J. Stefanich | Associate | $225 | 37.10 | $8,347.50 |
| Daniel A. Neville | Paralegal | $100 | 31.80 | $3,180.00 |
| Maria Diaz | Paralegal | $100 | 5.50 | $550.00 |
| | | | | |

The blended standard hourly rate charged by O&M for this Final Application is $374.20.

19.     O&M's Final Application is submitted under the standards set forth in 11 U.S.C. § 330, which provides, in part, that:

>  the court may award to … a professional person employed under section 327 or 1103 … reasonable compensation for actual, necessary services rendered

by the … attorney and by any paraprofessional person employed by any such person; and reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1)(A-B). The rates charged by O&M are reasonable and commensurate with or below that of the billing rates of other attorneys with similar levels of experience. The attorneys and other paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **<u>Exhibit B</u>** attached hereto.

20.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by O&M is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21.      O&M has served this Final Application, the exhibits attached hereto, and notice thereof, on: (a) the Office of the United States Trustee; (b) the Debtors' consolidated list of twenty (20) largest unsecured creditors; and (c) any party that has appeared and/or requested notice in the Chapter 11 Cases. In light of the nature of relief requested, the Debtors submit that no other or further notice is required.

22.      In connection with the compensation and expenses sought herein, O&M has not received or been promised any compensation for services rendered or to be rendered in any capacity in connection with this case other than as set forth herein.

23.      No agreement or understanding exists between O&M and any third party for the sharing of compensation to be received for professional services rendered or to be rendered in connection with the Chapter 11 Cases.

*[Remainder of page intentionally left blank.]*

9

**WHEREFORE**, O&M respectfully requests that the Court enter an Order:

a.    Allowing compensation in the amount of $107,047.50 for legal services rendered

during the Final Application Period;

b.    Allowing reimbursement of expenses incurred during the Final Application Period

in the amount of $1,530.01;

c.    Authorizing the payment to O&M the fees and expenses approved by the Court;

and

d.    Granting such other and further relief as the Court deems appropriate.


Dated: July 1, 2014                              Respectfully submitted,

                                                 O'ROURKE & MOODY,


                                                 By:    /s/ *Michael C. Moody*
                                                        Michael C. Moody (ARDC No.6205168)
                                                        O'ROURKE & MOODY
                                                        55 W. Wacker Drive, Suite 1400
                                                        Chicago, Illinois 60601
                                                        Main:   (312) 849-2020
                                                        Fax:    (312) 849-2021
                                                        Email:  mmoody@orourkeandmoody.com

                                                        *Attorneys for the Debtors*