**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, *et al.*,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Date:  July 22, 2014 |
| | ) | Hearing Time:  9:30 a.m. |

**SUMMARY OF THIRD INTERIM APPLICATION OF NEAL WOLF & ASSOCIATES, LLC, CO-COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND FINAL APPLICATION AS TO NEAL WOLF & ASSOCIATES, LLC ONLY**

| | |
|---|---|
| Name of Applicant: | Neal Wolf & Associates, LLC ("NW&A") |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Name of Certifying Professional: | Neal L. Wolf |
| Date of Retention: | Effective February 28, 2013, by Order entered on or about April 30, 2013 (Docket No. 93) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2014 through February 16, 2014 ("Third Interim Period"); and February 28, 2013 through February 16, 2014 ("Final NW&A Period")[2] |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | Third Interim Period:   $ 21,392.50<br>Final NW&A Period:     $795,270.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | Third Interim Period:   $     27.90<br>Final NW&A Period:     $22,961.96 |
| Type of Fee Application: | Third Interim and Final Fee Application (as to NW&A) |

---

[1] The Debtors in these chapter 11 cases, together with their federal tax identification numbers, are A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

[2] The Applicant reserves the right to include any time expended or expenses incurred in the time period indicated above in future application(s) if not included herein.  Effective February 17, 2014, Neal Wolf & Associates, LLC joined Much Shelist, P.C.  Future applications (whether final, interim or combined) will include only compensation earned and expenses incurred while the Applicant was a partner at Much Shelist (i.e. from and after February 17, 2014)

The following summarizes the prior and current application(s) for compensation and reimbursement of expenses filed in this case by NW&A:

| Application and Date Filed | Amount Requested (Fees and Expenses) | Total Allowed (Fees and Expenses) | Amount Paid to NW&A | Amount Subject to Holdback |
|---|---|---|---|---|
| First Interim 8/15/2013 | $299,322.91 | $299,322.91 | $245,500.00[3] | $74,830.72 |
| Second Interim 2/17/2014 | $497,488.65 | $497,488.65 | $0.00 | $497,488.65 |
| Third Interim 7/2/2014 | $21,420.40 | Pending | -- | -- |
| Final 7/2/2014 | $818,231.96 | Pending | -- | -- |

The aggregate amount of fees and expenses paid to NW&A to date during the pendency of these bankruptcy cases for services rendered and expenses incurred herein is $245,500.00. If the Court grants the Third Interim and Final Fee Applications, the Court would have approved $795,270.00 in fees and $22,961.96 in expenses, for an aggregate total of $818,231.96. Of this aggregate amount and taking into account what has been paid to date to NW&A, $572,731.96 would remain unpaid to NW&A.

[*Remainder of Page Intentionally Left Blank.*]

---

[3] NW&A was inadvertently paid a portion of the holdback (approximately $21,007.81).

### NEAL WOLF & ASSOCIATES, LLC PROFESSIONALS[4]

| Name of Professional | Position & Year of Admission | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Neal L. Wolf | Manager and Sole Member, 1974 | $650 | 357.20 | $232,180.00 |
| Dean C. Gramlich | Counsel, 1986 | $575 | 262.90<br>1.90 | $151,167.50<br>$0.00 |
| Mohsin N. Khambati | Counsel, 1998 | $525 | 326.50<br>70.20 | $171,412.50<br>$0.00 |
| Folarin S. Dosunmu | Associate, 2004 | $375 | 478.20<br>19.60 | $179,325.00<br>$0.00 |
| John A. Benson, Jr. | Associate, 2006 | $350 | 47.40<br>.50 | $16,590.00<br>$0.00 |
| Michael R. Wanser | Associate, 2007 | $350 | 27.40 | $9,590.00 |
| Jacob R. Lenzke | Associate, 2007 | $325 | 2.80 | $0.00 |
| Dominic J. Dutra | Associate, 2012 | $225 | 16.20<br>2.00 | $3,645.00<br>$0.00 |
| Sandy Holstrom | Paralegal | $175 | 172.20<br>7.50 | $30,135.00<br>$0.00 |
| Diane Wolski | Legal Assistant | $175 | 1.10 | $0.00 |
| Laurie Dutra | Legal Assistant | $175 | 7.00 | $1,225.00 |

| | |
|---|---|
| **Total Value (Attorneys):** | $763,910.00 |
| **Total Hours (Attorneys):** | 1,612.80 |
| **Approximate Blended Hourly Rate:** | $473.65 |

For purposes of calculating the blended standard hourly rate, NW&A used only attorney time (including the attorney time that NW&A has voluntarily written off and for which NW&A

---

[4] The hours and values listed reflect the hours and values for the Final NW&A Period. The attached **Exhibit B**, Compensation by Activity Category by Professional, lists the hours and values of the Third Interim Period along with the hours and values for the Final NW&A Period.

3

will not be seeking allowance of compensation). If one considers the services provided by all professionals (including paralegals and legal assistants) during the Final NW&A Period covered by this application, NW&A has expended a total number of 1,800.60 hours in this case. Of that number of hours, NW&A has voluntarily written off 105.60 hours, approximately 6% of the total, representing an aggregate voluntary write-off of $48,667.50.

Dated: July 2, 2014

          By:   /s/ *Neal L. Wolf*
              Neal L. Wolf (ARDC No.6186361)
              Folarin S. Dosunmu (ARDC No. 6282775)
              John A. Benson, Jr. (ARDC No. 6289042)
              MUCH SHELIST, P.C.
              191 North Wacker Drive, Suite 1800
              Chicago, Illinois 60606
              Main:  (312) 521-2000
              Fax:   (312) 521-2100
              Email:  nwolf@muchshelist.com
                      fdosunmu@muchshelist.com
                      jbenson@muchshelist.com

              *Attorneys for the Debtors and Debtors-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, et al.,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date:** July 22, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |

**THIRD INTERIM APPLICATION OF
NEAL WOLF & ASSOCIATES, LLC, CO-COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES,
AND FINAL APLICATION AS TO NEAL WOLF & ASSOCIATES, LLC ONLY**

Pursuant to sections 330(a) and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures, Rule 5082-1 of the Local Bankruptcy Rules, effective as of January 1, 2012, and applicable provisions of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58 (the "Guidelines")), Neal Wolf & Associates, LLC ("NW&A"), counsel to the Debtors and Debtors-in-Possession ("Debtors") in the above-captioned cases, respectfully submits its Third Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Third Application") for the period from January 1, 2014 through February 16, 2014 (the "Third Interim Period"). The Third Application also constitutes the final fee and expense application for the law firm of NW&A for the period February 28, 2013 through February 16, 2014 ("Final NW&A Period") and contains statistical information relating

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

to the Final NW&A Period in **Exhibit A** hereto.  The narrative information contained herein, however, focuses solely on legal services rendered by NW&A during the Third Interim Period.[2]

By this Third Application, NW&A seeks allowance of attorneys' fees in the amount of $21,392.50 and reimbursement of expenses in the amount of $27.90, for a total allowance of $21,420.40 for the Third Application Period.  NW&A further requests that the Court authorize the Debtors to pay to NW&A all allowed fees and expenses in accordance with any order approving its interim applications.

## BACKGROUND

1.   On February 28, 2013 (the "Petition Date"), the Debtors filed voluntary petitions pursuant to chapter 11 of the Bankruptcy Code, thereby commencing these cases (collectively, the "Chapter 11 Cases").

2.   On April 30, 2013, the Court approved the employment of NW&A, as co-counsel for the Debtors, pursuant to an Order Granting Debtors' Application to Employ and Retain Neal Wolf & Associates LLC as Counsel, *Nunc Pro Tunc* to the Petition Date (Dkt. No. 93).

3.   On that same date, the Court approved the employment of O'Rourke & Moody, as co-counsel for the Debtors, *nunc pro tunc* to the Petition Date (Dkt. No. 94).

4.   On August 15, 2013, NW&A filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "First Interim Application") (Dkt. No. 221) seeking an allowance of $297,082.50 in fees and $2,240.41 as reimbursement of expenses, in the aggregate amount of $299,322.91.

5.   On September 16, 2013, this Court entered its Order granting the First Interim Application ("First Interim Order") (Dkt. No. 271).  Of the aggregate amount ($299,322.91)

---

[2]  NW&A submits this application as a final application only as to the time period for which NW&A rendered services.  Certain of the attorneys at NW&A joined Much Shelist, P.C. ("Much Shelist") effective as of February 17, 2014.  Future applications (whether final, interim or combined) will be submitted by Much Shelist (i.e. from and after February 17, 2014).

2

allowed by the First Interim Order, the Debtors were authorized to immediately pay NW&A seventy-five percent (75%) ($224,492.19) with twenty-five percent (25%) ($74,830.72) subject to a holdback until further order of the Court.

6. On February 17, 2014, NW&A filed its Second Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Second Interim Application") (Dkt. No. 418) seeking an allowance of $476,795.00 in fees and $20,693.65 as reimbursement of expenses, in the aggregate amount of $497,488.65.

7. On April 17, 2014, this Court entered its Order granting the Second Interim Application ("Second Interim Order") (Dkt. No. 495). The Second Interim Order allowed in full NW&A's fees and reimbursement of expenses, but further ordered that the fees and expenses allowed shall not be paid until further order of this Court. Prior to the filing of NW&A's Final Application, the Debtors owed NW&A an aggregate amount of $551,311.56 from its first two interim applications.

8. The Debtors have not provided any post-petition retainer to NW&A in connection with its representation of the Debtors in the Chapter 11 Cases.

9. On May 12, 2014, the Court entered its order confirming Frances Gecker's appointment as Chapter 11 trustee for each of the Debtor's estates.

10. NW&A is in compliance with the guidelines of the United States Bankruptcy Court for the Northern District of Illinois. The standard hourly rates of the personnel that have provided professional services in the Chapter 11 Cases, to date, are:

3

| Name of Professional | Position & Year of Admission | Hourly Rate |
|---|---|---|
| Neal L. Wolf | Manager and Sole Member, 1974 | $650 |
| Dean C. Gramlich | Counsel, 1986 | $575 |
| Mohsin N. Khambati | Counsel, 1998 | $525 |
| Folarin S. Dosunmu | Associate, 2004 | $375 |
| John A. Benson, Jr. | Associate, 2006 | $350 |
| Michael R. Wanser | Associate, 2007 | $350 |
| Jacob R. Lenzke | Associate, 2007 | $325 |
| Dominic J. Dutra | Associate, 2012 | $225 |
| Sandy Holstrom | Paralegal | $175 |
| Diane M. Wolski | Legal Assistant | $175 |
| Laurie Dutra | Legal Assistant | $175 |

11.     During the Third Application Period, NW&A performed the services more fully described in this Third Application and the time summaries which are attached hereto as **Exhibit A**.[3]

12.     NW&A has not agreed to share any compensation that is allowed with any other person; the source of any award authorized will be from estate funds.

13.     NW&A has allocated its services in these Chapter 11 Cases among the following fourteen (14) categories: General, Employment and Fee Applications, Plan of Reorganization and Disclosure Statement, Cash Collateral/DIP Financing, Communications with Creditors, Claims Objections, Asset Sales, Employee Matters, Tax Matters, Vendor/Utility Matters, Schedules/SOFAs, Franchise Litigation, Other Litigation, and Assumption/Assignment Issues. The total amount of compensation for which NW&A seeks allowance in this Third Application (including the 7.80 hours that have been written off) falls into six of the categories, as reflected below:

---

[3] **Exhibit A** contains only time summaries for the Third Application Period. Time summaries for the prior application periods are attached to the respective interim applications (Docket Nos. 221 and 418).

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter #001 – General | 24.20 | $10,162.50 |
| Matter #002 – Employment and Fee Application | 21.00 | $3,165.00 |
| Matter #003 – Plan of Reorganization and Disclosure Statement | 3.80 | $2,387.50 |
| Matter #004 – Cash Collateral/DIP Financing | .10 | $57.50 |
| Matter #006 – Claims Objections | .60 | $105.00 |
| Matter #007 – Asset Sales | 7.10 | $4,562.50 |
| Matter #012 – Franchise Litigation | 1.20 | $780.00 |
| Matter #014 – Assumption/Assignment Issues | .30 | $172.50 |
| **TOTAL** | **58.30** | **$21,392.50** |

14. The services performed by NW&A professionals are described in detail in the attached **Exhibit A**, and summarized by category below.

15. In addition, attached hereto as **Exhibit C** is the Declaration of Neal L. Wolf in support of the Third Interim and Final Application. Also submitted herewith is a proposed form of order approving the Third Interim and Final Application.

## **DESCRIPTION OF SERVICES RENDERED**[4]

A.   001 – General

   Fees: $10,162.50 – Total Hours: 24.20

This is a "catch-all" category that encompasses virtually all activities that do not otherwise fall within more specific activity categories. During the Third Application Period, the activities that were placed in this category included, without limitation, (i) communications with co-counsel, the Debtors, the Debtors' accountants and financial advisors, and certain creditors or their counsel on a wide range of issues, (ii) the preparation for and attendance at continued hearings of certain motions before the bankruptcy court, (iii)

---

[4] Total hours shown in this section include those hours which have been written off by NW&A and for which NW&A will not seek compensation.

legal research and analysis on jurisdictional issues, and (iv) review and analysis of Monthly Operating Reports, and discussions with the Debtors and their accountants regarding such reports.

    B.    <u>002 – Employment and Fee Application</u>

        Fees:  $3,165.00 – Total Hours:  21.00

NW&A prepared its second interim fee application and began drafting the first interim application of Grieco, Kurtzke & Adelman, Debtors' financial and accounting consultants.

    C.    <u>003 – Plan of Reorganization and Disclosure Statement</u>

        Fees:  $2,387.50 – Total Hours:  3.80

During the Third Application Period, among other activities, NW&A communicated with the client and co-counsel regarding status and strategy; communicated with co-counsel and counsel for IHOP regarding settlement, drafted a settlement proposal; and further communicated with co-counsel and the Debtors' accountants and financial consultants, regarding cash flow projections.

    D.    <u>004 – Cash Collateral/DIP Financing</u>

        Fees:  $57.50 – Total Hours:  .10

During this Third Application Period, communicated with the client and co-counsel regarding cash collateral negotiations with Inland Bank.

    E.    <u>006 – Claims Objections</u>

        Fees:  $105.00 – Total Hours:  .60

During the Third Application Period, NW&A updated the claims chart with the newly filed claims.

  F.  <u>007 – Asset Sales</u>

    Fees: $4,562.50 – Total Hours: 7.10

  NW&A communicated with co-counsel, Debtors' accountants and counsel for IHOP regarding settlement, and drafted a settlement proposal.

  G.  <u>012 – Franchise Litigation</u>

    Fees: $780.00 – Total Hours: 1.20

  NW&A communicated with co-counsel regarding arbitration issues.

  H.  <u>014 – Assumption/Assignment Issues</u>

    Fees: $172.50 – Total Hours: .30

  NW&A communicated with counsel for creditor Estate of David Smith regarding assumption of his client's sublease.

  16.  The reasonable value of services rendered by NW&A during the Third Application Period is $21,392.50, representing 58.30 hours. For this Third Application, a total of 7.80 hours, or $2,732.50, has been voluntarily written off.

  17.  NW&A has attempted to staff its representation at all times to avoid duplication of effort. NW&A has provided high quality services on a variety of legal and factual issues at rates which favorably compare with those of other law firms of similar experience and ability.

## DESCRIPTION OF EXPENSES INCURRED

  18.  NW&A seeks reimbursement of its actual and necessary expenses incurred in rendering services during the Third Application Period. NW&A typically charges for incurred expenses such as, but not limited to, filing fees, expert consultation and witnesses, investigative services, deposition transcripts, long distance telephone and conference calls, facsimile transmissions, messenger services, postage and overnight courier (FedEx) charges,

7

Pacer charges, photocopying (in-house and outside service) and computerized research (such as LexisNexis or Westlaw). The total amount of actual and necessary expenses for which reimbursement is sought is $27.90, and is summarized below:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Copy charges ($.10 per copy) | | $9.50 |
| Pacer charges | | $18.40 |
| **TOTAL** | | **$ 27.90** |

A detailed description of the actual and necessary expenses incurred by NW&A during the Third Application Period is included in **Exhibit A** hereto.

19.     Attorneys and paraprofessionals of NW&A have expended a total of 58.30 hours in connection with their representation of the Debtors during the Third Application Period as follows:

| Name of Professional | Position & Year of Admission | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Neal L. Wolf | Manager and Sole Member, 1974 | $650 | 13.00 | $8,450.00 |
| Dean C. Gramlich | Counsel, 1986 | $575 | 9.60 | $5,520.00 |
| Folarin S. Dosunmu | Associate, 2004 | $375 | 12.70<br>6.40 | $4,762.50<br>$0.00 |
| John A. Benson, Jr. | Associate, 2006 | $350 | .50 | $0.00 |
| Sandy Holstrom | Paralegal | $175 | 15.20<br>.90 | $2,660.00<br>$0.00 |

The blended standard hourly rate charged by NW&A for the Third Application Period is $366.94.[5]

---

[5]  The blended rate for the Final NW&A Period is $473.65.

8

20. NW&A's Third Application is submitted under the standards set forth in section 330 of the Bankruptcy Code, 11 U.S.C. § 330, which provides, in part, that:

> "the court may award to … a professional person employed under section 327 or 1103 … reasonable compensation for actual, necessary services rendered by the … attorney and by any paraprofessional person employed by any such person; and reimbursement for actual, necessary expenses."

11 U.S.C. § 330(a)(1)(A)-(B).

NW&A has endeavored to provide the utmost service by reviewing its time entries closely for any time it deemed excessive, duplicative, or not reflective of value to the case. Additionally, NW&A has voluntarily written off any time by any professional who has billed less than five (5) hours in the aggregate during the Third Application Period. As such, NW&A has voluntarily deducted 7.80 hours during the Third Application Period for a total value of $2,732.50.[6] The rates charged by NW&A are reasonable and commensurate with or below that of the billing rates of other bankruptcy attorneys with similar levels of experience. The attorneys and other paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit B** attached hereto.

21. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by NW&A is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

22. In connection with the compensation and expenses sought herein, neither NW&A nor its sole member, Neal L. Wolf, has received or been promised any

---

[6] For the Final Application Period, NW&A has deducted a total of 105.60 hours for a total value of $48,667.50.

9

compensation for services rendered or to be rendered in any capacity in connection with this case other than as set forth herein.

23. No agreement or understanding exists between NW&A and any third party for the sharing of compensation to be received for professional services rendered or to be rendered in connection with the Chapter 11 Cases.

## NOTICE

24. NW&A has served this Third Application, any exhibits thereto, and notice thereof, on: (a) the Office of the United States Trustee; (b) the Debtors' consolidated list of twenty (20) largest unsecured creditors; and (c) any party that has appeared and/or requested notice in the Chapter 11 Cases. In light of the nature of relief requested, the Debtors submit that no other or further notice is required.

25. The Debtors request a waiver of Bankruptcy Rule 2002(a)(6). On July 1, 2014, O'Rourke & Moody filed its final fee application, Docket No. 631 (the "O&M Final Fee Application"), and such application is set to be heard on July 22, 2014. In the interest of judicial resources, court efficiency and costs for all parties-in-interest, the Debtors request that the Court shortens the notice period from 21 days to 20 days so that the Application can be heard on the same date and time as the O&M Final Fee Application.

## NO PRIOR REQUEST

26. No prior application for the relief requested herein has been made by NW&A to this or any other Court.

[*Remainder of Page Intentionally Left Blank.*]

**WHEREFORE**, NW&A respectfully requests that the Court enter an Order:

a. Allowing on an interim basis compensation in the amount of $21,392.50 for legal services rendered during the Third Application Period;

b. Allowing reimbursement of expenses incurred during the Third Application Period in the amount of $27.90;

c. Allowing on a final basis compensation in the amount of $795,270.00 for legal services rendered during the Final Application Period;

d. Allowing reimbursement of expenses incurred during the Final Application Period in the amount of $22,961.96;

e. Authorizing the Debtors to pay to NW&A the fees and expenses allowed and approved for the Third Application Period ($21,420.40 in the aggregate);

f. Authorizing the Debtors to pay $551,311.56 to NW&A representing the outstanding amounts previously allowed by the First Interim Order and the Second Interim Order; and

g. Granting such other and further relief as the Court deems appropriate.

Dated: July 2, 2014                         Respectfully submitted,

By:    /s/ *Neal L. Wolf*
      Neal L. Wolf (ARDC No.6186361)
      Folarin S. Dosunmu (ARDC No. 6282775)
      John A. Benson, Jr. (ARDC No. 6289042)
      MUCH SHELIST, P.C.
      191 North Wacker Drive, Suite 1800
      Chicago, Illinois 60606
      Main:   (312) 521-2000
      Fax:    (312) 521-2100
      Email:  nwolf@muchshelist.com
             fdosunmu@muchshelist.com
             jbenson@muchshelist.com

*Attorneys for the Debtors and Debtors-in-Possession*