**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, *et al.*,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date:**   **August 5, 2014** |
| | ) | **Hearing Time:**  **9:30 a.m.** |

**SUMMARY OF FIRST AND FINAL APPLICATION OF
GRIECO KURTZKE & ADELMAN, LLC, FINANCIAL AND ACCOUNTING
CONSULTANTS TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION**

Name of Applicant:                         Grieco Kurtzke & Adelman, LLC ("GK&A")

Authorized to Provide Professional
Services to:                                      Debtors and Debtors-in-Possession[2]

Date of Retention:                           Effective May 12, 2013, by Order signed on
                                                        July 16, 2013 (Docket No. 165)

Period for Which Compensation and
Reimbursement is Sought:               May 12, 2013 through April 30, 2014[3]

Amount of Compensation Sought as Actual,
Reasonable, and Necessary:            $554,330.00

Type of Fee Application:                  Final application

This is GK&A's first and final application.  No prior interim fee application has been filed.

---

[1]  The Debtors in these chapter 11 cases, together with their federal tax identification numbers, are A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

[2]  On May 12, 2014, the Court entered its order confirming Frances Gecker's appointment as Chapter 11 trustee for each of the Debtor's estates.

[3]  The applicant reserves the right later to seek compensation and/or reimbursement of expenses for any time expended or expenses incurred during the time period covered by this Application if such items were inadvertently excluded from this Application.

4741734_5

## GRIECO KURTZKE & ADELMAN, LLC PROFESSIONALS

| Name of Professional | Position | Hourly Rate | Hours | Value |
|---|---|---|---|---|
| V. James Grieco | Principal | $325 | 378.70 | $123,077.50 |
| Deborah L. Kurtzke | Principal | $300 | 782.70 | $234,810.00 |
| Ann C. Adelman | Principal | $300 | 298.10 | $89,430.00 |
| Samuel Partipilo | Senior Accountant | $275 | 9.00 | $2,475.00 |
| Thomas O'Toole | Senior Accountant | $250 | 186.00 | $46,500.00 |
| Nick Lombardi | Accountant | $175 | 29.50 | $5,162.50 |
| Christine McNamara | Attorney | $125 | 3.00 | $375.00 |
| Diane Corcoran | Clerical | $125 | 238.20 | $29,775.00 |
| Teresa Natale | Clerical | $125 | 169.10 | $21,137.50 |
| Carmela Christensen | Clerical | $125 | 12.70 | $1,587.50 |

**Total Value:** $554,330.00
**Total Hours:** 2,107.00
**Approximate Blended Hourly Rate:** $263.09

Dated:  July 14, 2014

Respectfully submitted,

A & F ENTERPRISES, INC. II, *et al.*,

By:/s/ *Neal L. Wolf*
 Neal L. Wolf (ARDC No. 6186361)
 Folarin S. Dosunmu (ARDC No. 6282775)
 John A. Benson, Jr. (ARDC No. 6289042)
 MUCH SHELIST, P.C.
 191 N. Wacker Drive, Suite 1800
 Chicago, IL  60606
 Main:     (312) 521-2000

2

Fax:       (312) 521-2100
Email:     nwolf@muchshelist.com
           fdosunmu@muchshelist.com
           jbenson@muchshelist.com

-and-

Michael C. Moody (ARDC No. 6205168)
O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601
Main:      (312) 849-2020
Fax:       (312) 849-2021
Email:     mmoody@orourkeandmoody.com

*Attorneys for the Debtors filing and submitting this
First and Final Application on behalf of Grieco
Kurtzke & Adelman, LLC*

4741734_5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A & F ENTERPRISES, INC. II, et al.,[1] | ) | Case No. 13-07930 (DRC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date:    August 5, 2014** |
| | ) | **Hearing Time:    9:30 a.m.** |

**FIRST AND FINAL APPLICATION OF
GRIECO KURTZKE & ADELMAN, LLC, FINANCIAL AND ACCOUNTING
CONSULTANTS TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR ALLOWANCE OF COMPENSATION**

Pursuant to sections 330(a) and 331 of the Bankruptcy Code, Rule 2016 of the Federal

Rules of Bankruptcy Procedures, Rule 5082-1 of the Local Bankruptcy Rules, effective as of

January 1, 2012, and applicable provisions of the United States Trustee's Guidelines for

Reviewing Applications for Compensation and Reimbursement Filed Under 11 U.S.C. § 330

(Appendix A to 28 C.F.R. § 58), Grieco Kurtzke & Adelman, LLC ("GK&A"), financial and

accounting consultants to the Debtors and Debtors-in-Possession ("Debtors") in the above-

captioned cases, respectfully submits its First and Final Application for Allowance of

Compensation (the "Application") for the period from May 12, 2013 through April 30, 2014 (the

"Application Period").

By this Application, GK&A seeks allowance of fees in the amount of $554,330.00 for the

Application Period.  GK&A further requests that the Court authorize the Debtors to pay to

GK&A all allowed fees in accordance with any order approving the Application.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprises, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

## BACKGROUND

1.      On February 28, 2013 (the "Petition Date"), the Debtors filed voluntary petitions

pursuant to chapter 11 of the Bankruptcy Code, thereby commencing these cases (collectively,

the "Chapter 11 Cases").

2.      On July 16, 2013, the Court approved the employment of GK&A, as financial and

accounting consultants to the Debtors, pursuant to an *Order Granting Debtors' Application to*

*Employ Grieco Kurtzke & Adelman LLC as Financial and Accounting Consultants Pursuant to*

*11 U.S.C. § 327(a), Effective as of May 12, 2013* (Dkt. No. 165).

3.      This is GK&A's first and final application for allowance of compensation in

these Chapter 11 Cases.  No prior compensation or reimbursement of expenses has been

allowed to date.

4.      The Debtors have not provided any pre- or post-petition retainer to GK&A in

connection with its services to the Debtors in the Chapter 11 Cases.

5.      GK&A is in compliance with the guidelines of the United States Bankruptcy

Court for the Northern District of Illinois.  The standard hourly rates of the personnel that

have provided professional services in the Chapter 11 Cases, to date, are:

| Name of Professional | Position | Hourly Rate |
|---|---|---|
| V. James Grieco | Principal | $325 |
| Deborah L. Kurtzke | Principal | $300 |
| Ann C. Adelman | Principal | $300 |
| Samuel J. Partipilo | Senior Accountant | $275 |
| Thomas O'Toole | Senior Accountant | $250 |
| Nick Lombardi | Accountant | $175 |
| Diane Corcoran | Clerical | $125 |
| Teresa Natale | Clerical | $125 |
| Carmela Christensen | Clerical | $125 |
| John Kurtzke | Clerical | $125 |

4741734_5

6.      In connection with the compensation sought herein, GK&A has not received or been promised any compensation for services rendered or to be rendered in any capacity in connection with this case other than as set forth herein.  The source of any award authorized will be from estate funds.

7.      No agreement or understanding exists between GK&A and any third party for the sharing of compensation to be received for professional services rendered or to be rendered in connection with the Chapter 11 Cases.  The services performed by GK&A professionals are described in detail in the attached **Group Exhibit A**, and summarized below.

8.      In addition, attached hereto as **Exhibit B** is the Declaration of Deborah L. Kurtzke in support of the Application.  Also submitted herewith is a proposed form of order approving the Application.

## DESCRIPTION OF SPECIFIC SERVICES

9.      All time expended by GK&A has been allocated to Case Administration only.

10.     GK&A has been instrumental to the Debtors' Chapter 11 Cases.  GKA compiled financial data generated by the Debtors and prepared accounting records that are in compliance with generally acceptable accounting for entities using a cash basis of accounting. Until the appointment Ms. Gecker as the chapter 11 trustee, GKA prepared the monthly detailed financial reports as a necessary part of the continued operations of the remaining 17 restaurants (19 restaurants at the commencement of these chapter 11 cases), and monitored the federal and state tax liabilities for the Debtors.  GKA also prepared the monthly detailed financial reports for Debtor Alforookh.

11.     During the Application Period, GK&A's services allowed the Debtors to remain compliant with general business filing requirements of the Court.  GK&A conducted multiple

3

4741734_5

reviews of the Debtors' operations and financial information, including summarizing the sales

history reports needed, providing financial projections and revenue generation by unit and

location, and analyzing cash flow data.  GK&A helped the Debtors create general accounting

protocol to provide income and expense statements, bank reconciliations and detailed reports as

to payroll taxes, sales taxes, and income tax liabilities.

    12.    The reasonable value of services rendered by GK&A during the Application

Period is $554,330.00, representing 2,107 hours.

    13.    GK&A has staffed its representation at all times to avoid duplication of effort.

GK&A has provided high quality services at rates which favorably compare with those of

other accounting firms of similar experience and ability.  GK&A did not incur any actual or

necessary out-of-pocket expenses during this Application Period.

    14.    The professionals of GK&A have expended a total of 2,107 hours in

connection with their services to the Debtors during the Application Period as follows:

| Name of Professional | Hours | Value |
|---|---|---|
| V. James Grieco | 378.70 | $123,077.50 |
| Deborah L. Kurtzke | 782.70 | $234,810.00 |
| Ann C. Adelman | 298.10 | $89,430.00 |
| Samuel Partipilo | 9.00 | $2,475.00 |
| Thomas O'Toole | 186.00 | $46,500.00 |
| Nick Lombardi | 29.50 | $5,162.50 |
| Christine McNamera | 3.00 | $375.00 |
| Diane Corcoran | 238.20 | $29,775.00 |
| Teresa Natale | 169.10 | $21,137.50 |
| Carmela Christensen | 12.70 | $1,587.50 |

The blended standard hourly rate charged by GK&A for this Application is $263.09.

    15.    GK&A's Application is submitted under the standards set forth in 11 U.S.C.

§ 330, which provides, in part, that:

4

> "the court may award to … a professional person employed under section 327
> or 1103 … reasonable compensation for actual, necessary services rendered
> by the … attorney and by any paraprofessional person employed by any such
> person; and reimbursement for actual, necessary expenses."

11 U.S.C. § 330(a)(1)(A)-(B)

GK&A has endeavored to provide the utmost service by reviewing its time entries closely for any time it deemed excessive, duplicative, or not reflective of value to the case. The rates charged by GK&A are reasonable and commensurate with or below that of the billing rates of other financial professionals with similar levels of experience.

16.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GK&A is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

17.      GK&A has served this Application, any exhibits thereto, and notice thereof, on: (a) the Office of the United States Trustee; (b) Frances Gecker, the Chapter 11 Trustee; (c) the Debtors' consolidated list of twenty (20) largest unsecured creditors; and (d) any party that has appeared and/or requested notice in the Chapter 11 Cases.  In light of the nature of relief requested, the Debtors submit that no other or further notice is required.

18.      No prior application for the relief requested herein has been made by GK&A to this or any other Court.

*[Remainder of page intentionally left blank.]*

4741734_5

**WHEREFORE**, GK&A respectfully requests that the Court enter an Order:

a. Allowing on a final basis compensation in the amount of $554,330.00 for legal services rendered during the Application Period;

b. Authorizing the Debtors to pay to GK&A the fees approved by the Court; and

c. Granting such other and further relief as the Court deems appropriate.

Dated: July 14, 2014                  Respectfully submitted,

A & F ENTERPRISES, INC. II, *et al*.,

By:/s/ *Neal L. Wolf*
      Neal L. Wolf (ARDC No. 6186361)
      Folarin S. Dosunmu (ARDC No. 6282775)
      John A. Benson, Jr. (ARDC No. 6289042)
      MUCH SHELIST, P.C.
      191 N. Wacker Drive, Suite 1800
      Chicago, IL  60606
      Main:    (312) 521-2000
      Fax:     (312) 521-2100
      Email:   nwolf@muchshelist.com
                  fdosunmu@muchshelist.com
                  jbenson@muchshelist.com

      -and-

      Michael C. Moody (ARDC No. 6205168)
      O'Rourke & Moody
      55 W. Wacker Drive, Suite 1400
      Chicago, IL 60601
      Main:    (312) 849-2020
      Fax:     (312) 849-2021
      Email:    mmoody@orourkeandmoody.com

      *Attorneys for the Debtors filing and submitting this First and Final Application on behalf of Grieco Kurtzke & Adelman, LLC*

4741734_5