IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[1], | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | **Hearing Date:** September 23, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room No.:** 619 |
| | ) | |

COVER SHEET FOR
FIRST AND FINAL FEE APPLICATION OF FRANKGECKER, LLP,
COUNSEL TO FRANCES GECKER, CHAPTER 11 TRUSTEE
OF THE ESTATES OF A&F ENTERPRISES, INC. II
**AND ITS AFFILIATED CHAPTER 11 DEBTORS**

| | |
|---|---|
| Name of Applicant: | FrankGecker LLP |
| Authorized to Provide Professional Services to: | Frances Gecker, Chapter 11 Trustee |
| Date of retention: | May 12, 2014 |
| Period for which compensation and reimbursement is sought: | May 9, 2014 through August 5, 2014 |
| Amount of Fees Sought: | $179,753.50 |
| Amount of Expense Reimbursement Sought: | $1,677.42 |

The aggregate amount of fees and expenses *paid* to FrankGecker LLP to date for services rendered and expenses incurred herein is: -0-

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AFA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039205.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[2], ) | Jointly Administered |
| ) | |
| Debtor. ) | Hearing Date:  September 23, 2014 |
| ) | Hearing Time:  9:30 a.m. |
| ) | Room No.:   619 |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 23, 2014** at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling in his usual Courtroom No. 619 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present the **First and Final Fee Application Of FrankGecker, LLP, Counsel To Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors**, a copy of which is attached hereto and hereby served upon you.

Dated: August 28, 2014                                                  Respectfully submitted,

FRANKGECKER LLP

By: _/s/ Frances Gecker_
    One of its attorneys

Frances Gecker (IL Bar No. 6198450)
Zane L. Zielinski (IL Bar No. 6278776)
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039205.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[3], | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | **Hearing Date:** September 23, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room No.:** 619 |
| | ) | |
| | ) | |

# FIRST AND FINAL FEE APPLICATION OF FRANKGECKER, LLP, COUNSEL TO FRANCES GECKER, CHAPTER 11 TRUSTEE OF THE ESTATES OF A&F ENTERPRISES, INC. II AND ITS AFFILIATED CHAPTER 11 DEBTORS

FrankGecker, LLP ("FG"), counsel to Frances Gecker, Chapter 11 Trustee (the "Trustee") of the estates of A&F Enterprises, Inc. II and its affiliated Chapter 11 debtors ("A&F" or "Debtors"), hereby submits this first and final fee application (the "Application") for compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330 and 507(a)(1) for legal services performed and expenses incurred during the period commencing May 9, 2014 through and including August 5, 2014 (the "Application Period"), as counsel to the Chapter 11 Trustee in this proceeding. In support hereof, FG respectfully represents as follows:

## INTRODUCTION

On February 28, 2013 (the "Petition Date"), each of the Debtors filed voluntary Chapter 11 bankruptcy petitions in this Court. On March 4, 2013, the Court entered an order authorizing the joint administration of the Debtors' cases.

The Debtors owned, either directly or indirectly, certain IHOP restaurants (collectively,

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039205.DOC/}

the "Restaurants") pursuant to franchise agreements, and other leases and agreements (collectively, the "Agreements") with IHOP Franchising, LLC; IHOP Franchise Company, LLC; IHOP Properties, LLC; IHOP Property Leasing, LLC; IHOP IP, LLC; and International House of Pancakes, LLC (collectively, "IHOP").

After the Petition Date, the Debtors continued to operate their businesses and manage their property as debtors-in-possession. On April 28, 2014, IHOP filed its Motion For Appointment of a Chapter 11 Trustee, and on May 12, 2014, the Court entered its order confirming Frances Gecker's appointment as Chapter 11 trustee for each of the Debtors' estates and authorized the Trustee to retain FrankGecker LLP as her counsel retroactive to May 9, 2014.

On May 20, 2014, the Court entered an order (amended on May 22, 2014), substantively consolidating the following Debtors' cases:

- A & F Enterprises, Inc. II (Case No. 13-7930)
- AEA Enterprises, Inc. (Case No. 13-7983)
- AEE Enterprises, Inc. (Case No. 13-7990)
- East Peoria Enterprise, Inc. (Case No. 13-7995)
- Elham, Inc. (Case No. 13-24546)
- ElSayed, Inc. (Case No. 13-8057)
- Halima I, Inc. (Case No. 13-8013)
- Mahmoud, Inc. (Case No. 13-8049)
- Sabah Restaurant, Inc. (Case No. 13-8028)

After her appointment, the Trustee was primarily involved in selling the operating restaurants. The Trustee entered into an interim management agreement with Siyavoush Soleimani, while she continued to seek a buyer for the restaurants. Mr. Soleimani and his partner, Farshad Ashoori made the only non-contingent purchase offer, and on June 17, 2014, this Court entered an order authorizing the Trustee to sell the operating restaurants to Mr. Soleimani and Mr. Ashoori for $3,150,000.00. The sale closed on June 20, 2014. After the sale closed, the Trustee continued her efforts to sell the remaining real estate and personal property assets of the Debtors. However, with the restaurants no longer operating, the Trustee

determined that it was in the best interests of the state to convert the Debtors' cases to cases under Chapter 7 of the Bankruptcy Code. On August 5, 2014, this Court entered the conversion order.

This Application sets forth in detail the work performed by FrankGecker LLP ("FG") and the time spent between May 9, 2014 and August 5, 2014. To aid the Court in its review of the Application, FG has divided the Application into three parts. Part I describes the practical and legal issues encountered by FG, and the actions taken and results obtained by FG. Part II describes counsel's qualifications and areas of special expertise. Part III describes the manner in which the fees and costs were calculated.

## I. SERVICES PERFORMED

### A. Abubecker $900.00

FG spent 2.40 hours at a cost of $900.00 on matters related solely to the Abubecker estate. The only asset of this estate was an IHOP restaurant which was operating under an expired lease. The Trustee's counsel coordinated with the landlord for the removal of the equipment from the premises.

### B. Administration $77,677.00

Trustee's counsel spent 186.00 hours at a cost of $77,677.00 on general case administration matters. Upon their retention, the Trustee's counsel met at length with Debtors' counsel, IHOP's counsel and the other professionals to develop a strategy for resolving these cases. Trustee's counsel, among other tasks, negotiated an interim management agreement for the operating restaurants, resolved issues related to the closed restaurants, reviewed insurance agreements and executory contracts, prepared operating reports, reviewed cash management and outstanding tax issues. Due to the efforts of the Trustee's counsel, the Trustee was able to stabilize and maintain operations pending a sale.

**C.   Alforookh**                                                                 **$39,504.00**

Counsel spent 103.10 hours at a cost of $39,504.00 on matters related to the Alforookh estate. The individual estate of Mr. Alforookh includes several of the restaurants, a strip mall in Janesville, Wisconsin, including leased space to Starbucks, a multi-unit apartment building and a commercial store, among other assets. The Trustee's counsel sold the operating restaurants, re-negotiated the Starbucks lease, negotiated an agreement to sell the Janesville strip mall, and retained a broker to sell and manage the apartment building and commercial store.

**D.   Claims**                                                                    **$12,319.50**

Counsel spent 29.20 hours at a cost of $12,319.50 in reviewing claims. Trustee's counsel reviewed and negotiated the cure claims for the sale of the operating restaurants and the administrative and unsecured claims of IHOP, the Debtor's primary creditor.

**E.   Court Appearances**                                                         **$2,608.50**

FG spent 6.70 hours at a cost of $2,608.50 on general court appearances. This category includes court appearances at status hearings and on administrative motions.

**F.   Employment**                                                                **$2,725.00**

Trustee's counsel spent 9.60 hours at a cost of $2,725.00 on drafting motions and orders retaining the various professionals of the Trustee.

**G.   Preparation of Fee Application**                                            **$2,263.00**

Counsel spent 4.00 hours at a cost of $2,263.0 reviewing the billing memoranda and preparing preliminary drafts of the first and final fee applications of the Chapter 11 Trustee and the Chapter 11 Trustee's counsel.

**H.   Sale of Assets**                                                            **$39,573.00**

Counsel spent 94.00 hours at a cost of $39,573.00 on the sale of the operating restaurants. Counsel negotiated the sale agreement, responded to inquiries from prospective purchasers,

drafted the closing documents, and worked on the ongoing reconciliation with the buyers

I.    **Westchester**    $2,183.50

FG spent 5.50 hours at a cost of $2,183.50 on matters related to the Westchester Enterprises estate. The only asset of this estate was an IHOP restaurant operating under an expired lease. The Trustee's counsel worked with IHOP and the landlord to close the restaurant and remove the equipment.

## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

A.    <u>Frances Gecker</u> (FG) is a partner at FrankGecker. Ms. Gecker is a 1988 graduate of Northwestern University School of Law (magna cum laude), where she was a member of the Editorial Board of the Northwestern Law Review and was elected to the Order of the Coif. Ms. Gecker specializes in bankruptcy, financial restructuring and corporate finance and was responsible for FG's day to day representation.

B.    <u>Micah R. Krohn</u> (MRK) is senior counsel at FrankGecker. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz. Mr. Krohn has been involved in the day-to-day representation of the Trustee.

C.    <u>Zane L. Zielinski</u> (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski graduated from Chicago-Kent College of Law in 2002. Mr. Zielinski specializes in bankruptcy law, and has represented trustees, debtors and creditors in bankruptcy cases.

D.    <u>Reed Heiligman</u> (RH) is an associate at FrankGecker LLP. Mr. Heiligman graduated from John Marshall School of Law in 2007 and has been a law clerk at FrankGecker LLP since 2005.

E.    <u>Christina S. Smith</u> (CSS) is a bankruptcy paralegal at FrankGecker. Ms. Smith assisted counsel in case research and case administration.

## III. CALCULATION OF TIME AND FEES

This is FG's First and Final Application for compensation and reimbursement of expenses in representing the Chapter 11 Trustee. It covers the period from May 9, 2014 to and including August 5, 2014. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and estate of API. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with the case of API, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, the attorneys and paralegals at FG have spent a total of 440.90 hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of $179,753.50 for actual, necessary legal services performed (Exhibit A). The average hourly rate is $407.70. In addition, counsel has expended the sum of $1,677.42 for actual, necessary expenses incurred in representing the Trustee (Exhibit B).

In preparing this fee application, counsel has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts which are kept on each client. The hourly rates charged are the regular hourly rates charged by counsel to its clients. Counsel worked to avoid any duplication of efforts between parties, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement. Multiple representation in analogous circumstances has been approved. *See Berberena v. Coler*, 753 F.2d 629 (7th Cir. 1985); *In re Washington Manufacturing Co.*, 101 B.R. 944 (Bankr. M.D. Tenn. 1989); *In re N-Ren Corp.*, 71 B.R. 488 (Bankr. S.D. Ohio 1987).

To aid the Court in its review of this material, counsel has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel used nine categories. Most of these categories are substantive. They cover all work on that project regardless of whether it was office conferences, telephone conferences, research, etc.

Counsel also incurred out-of-pocket expenses which are listed in the attached Exhibit B. The expenses incurred during this period were postage charges, delivery charges, court filing fees and outside photocopy charges.

Counsel does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing or photocopying; instead, such expenses are factored into counsel's normal and customary rate. Counsel does not include charges for long distance telephone, photocopying or computer research in its overhead because it has determined that it is fairer to its smaller clients who use proportionately less of these services to have these expenses billed separately. These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm. Moreover, counsel's non-bankruptcy clients routinely are billed and pay these types of expenses. See *In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to counsel other than as disclosed or approved by this Court. Counsel certifies that there is no agreement between it and any other party regarding the sharing of fees except with counsel's general partners, and counsel has not discussed or negotiated the amount of its fees with any party except its client. Finally, counsel represents that it is and remains a disinterested party and does not hold any adverse relationship with this estate.

WHEREFORE, FrankGecker LLP, respectfully requests that this Court enter an Order:

A. Allowing FrankGecker LLP reasonable compensation for actual, necessary legal services in the amount of $179,753.50;

B.  Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of $1,677.42;

C.  Authorizing the Trustee to pay FrankGecker LLP total compensation in the amount of $180,430.92; and

D.  Granting such other relief as the Court deems just and equitable.

    Respectfully submitted,

    FRANKGECKER, LLP


By: _____/s/ *Frances Gecker*_____
        One of its attorneys

Frances Gecker (IL Bar No. 6198450)
Zane L. Zielinski (IL Bar No. 6278776)
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone:   (312) 276-1400
Facsimile:   (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

Dated: August 28, 2014

## CERTIFICATE OF SERVICE

I, Frances Gecker, an attorney, hereby certify that on **August 28, 2014**, a true and correct copy of the **First and Final Fee Application Of FrankGecker, LLP, Counsel To Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, on August 28, 2014, a true and correct copy of the foregoing Notice of Motion and **First and Final Fee Application Of FrankGecker, LLP, Counsel To Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors** was served, without exhibits, via email or first class U.S. mail, postage prepaid, upon the parties listed on the attached Service List.

                                                  */s/ Frances Gecker*

{AF/001/00039205.DOC/}

## *Mailing Information for Case 13-07930*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John A Benson    jbenson@muchshelist.com, dwolski@muchshelist.com;sholstrom@muchshelist.com
- John M Brom    jbrom@querrey.com, cdicaro@querrey.com;jalonso@querrey.com
- Christopher M Brown    northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Toni Dillon    tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
- Faith Dolgin    faith.dolgin@illinois.gov
- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com
- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
- Frances Gecker    fgecker@fgllp.com
- Douglas C. Giese    dgiese@querrey.com, dcgiese@hotmail.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- William S Hackney    whackney@salawus.com, jadams@salawus.com
- Eileen R Hurley    hurley.eileen@dol.gov, sol-chi@dol.gov;Tyree.Vivian.K@dol.gov
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Jeffrey M Monberg    jeffrey.monberg@quarles.com, jenny.fik@quarles.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
- Robert E Richards    robert.richards@dentons.com, NDIL_ECF@dentons.com
- Robert Romashko    robert.m.romashko@irscounsel.treas.gov
- Carole J. Ryczek    carole.ryczek@usdoj.gov
- Paul Schwarzenbart    pschwarz@leekilkelly.com, rwitherspoon@leekilkelly.com
- Robert H Skilton    rskilton@wnj.com, kfrantz@wnj.com
- Neal L Wolf    nwolf@muchshelist.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
- Neal L Wolf    nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
- Stefanie Wowchuk McDonald    stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com
- Stefanie Wowchuk McDonald    stefanie.wowchuk@dentons.com, NDIL_ECF@dentons.com
- Zane L Zielinski    zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

# SERVICE LIST
## VIA ELECTRONIC MAIL

Dan Ashoori — dashoori@aol.com

Sam Soleimani — ihop005@sbcglobal.net

James Newbold, Assistant Attorney General — James.Newbold@illinois.gov
Illinois Department of Revenue

# SERVICE LIST
## VIA FIRST-CLASS MAIL, POSTAGE PREPAID

| | |
|---|---|
| First Farmers State Bank<br>4001 GE Road<br>Bloomington, IL 61704 | Kameli Law Group LLP<br>111 East Wacker Drive<br>Suite 555<br>Chicago, IL 60601 |
| Bouraxis Properties<br>14831 West Hickory Hills Drive<br>New Berlin, WI 53151 | Paul Bouraxis<br>Bouraxis Investments<br>4635 South 108th Street<br>Greenfield, WI 53228 |
| Kisswani Property<br>7222 West 90th Place<br>Bridgeview, IL 60453 | Mid America Bank<br>2317 Milton Avenue<br>Janesville, WI 53545 |
| Mach Properties<br>Attn: Sam K. Mach, President<br>206 West Camp Street<br>East Peoria, IL 61611 | McLane Foodservice, Inc.<br>2085 Midway Road<br>Carrollton, TX 75006 |
| JPMorgan Chase Bank, NA<br>Collateral Management Small Business<br>Louisville, KY 40232 | Chase<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Commonwealth Edison<br>Attn: Claims Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Nicor<br>Attn: Bankruptcy & Collections<br>P.O. Box 549<br>Aurora, IL 60507 |
| Wasserstrom<br>477 South Front Street<br>Columbus, OH 43215 | Cambridge Bank<br>1100 South Rand Road<br>Lake Zurich, IL 60047 |

| | |
|---|---|
| Monder Manna<br>10833 South Lockwood<br>Oak Lawn, IL 60453 | Property Tax: IHOP<br>Sharon Kosyan<br>1045 South Woodsmill Road, Suite One<br>Town & Country, MO 63017 |
| US Bank<br>P.O. Box 790410<br>Saint Louis, MO 63179-0401 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL 60606 | United States Attorney<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| D. Patrick Mullarkey<br>Tax Division (Department of Justice)<br>P.O. Box 55<br>Ban Franklin Station<br>Washington, D.C. 20044 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>c/o Hiram Cutting, Bankruptcy Specialist<br>P.O. Box 8901<br>Madison, WI 53708-8901 | |