IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[1], | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | **Hearing Date:** September 23, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room No.:** 619 |
| | ) | |

COVER SHEET FOR
FIRST AND FINAL FEE APPLICATION OF
FRANCES GECKER, CHAPTER 11 TRUSTEE
OF THE ESTATES OF A&F ENTERPRISES, INC. II
AND ITS AFFILIATED CHAPTER 11 DEBTORS

| | |
|---|---|
| Name of Applicant: | Frances Gecker, Chapter 11 Trustee |
| Authorized to Provide Professional Services to: | Frances Gecker, Chapter 11 Trustee |
| Date of Appointment: | May 12, 2014 |
| Period for which compensation and reimbursement is sought: | May 9, 2014 through August 5, 2014 |
| Amount of Fees Sought: | $111,402.00 |
| Amount of Expense Reimbursement Sought: | -0- |

The aggregate amount of fees and expenses *paid* to Frances Gecker to date for services rendered and expenses incurred herein is: -0-

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039734.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[2], | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | **Hearing Date:** September 23, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room No.:** 619 |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 23, 2014** at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling in his usual Courtroom No. 619 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present the **First and Final Fee Application Of Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors**, a copy of which is attached hereto and hereby served upon you.

Dated: August 28, 2014

Respectfully submitted,

FRANKGECKER LLP

By: */s/ Frances Gecker*
One of its attorneys

Frances Gecker (IL Bar No. 6198450)
Zane L. Zielinski (IL Bar No. 6278776)
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039734.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) No. 13-07930 (DRC) |
| A & F ENTERPRISES, INC. II, *et al.*[3], | ) Jointly Administered |
| | ) |
| Debtor. | ) Hearing Date:  September 23, 2014 |
| | ) Hearing Time:  9:30 a.m. |
| | ) Room No.:      619 |

# FIRST AND FINAL FEE APPLICATION OF
# FRANCES GECKER, CHAPTER 11 TRUSTEE
# OF THE ESTATES OF A&F ENTERPRISES, INC. II
# AND ITS AFFILIATED CHAPTER 11 DEBTORS

Frances Gecker, Chapter 11 Trustee (the "Trustee") of the estates of A&F Enterprises, Inc. II and its affiliated Chapter 11 debtors ("A&F" or "Debtors"), hereby submits this first and final fee application (the "Application") for compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 326(a) and 330 for services performed during the period commencing May 9, 2014 through and including August 5, 2014 (the "Application Period").

## INTRODUCTION

On February 28, 2013 (the "Petition Date"), each of the Debtors filed voluntary Chapter 11 bankruptcy petitions in this Court. On March 4, 2013, the Court entered an order authorizing the joint administration of the Debtors' cases.

The Debtors owned, either directly or indirectly, certain IHOP restaurants (collectively, the "Restaurants") pursuant to franchise agreements, and other leases and agreements

---

[3] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: A & F Enterprises, Inc. II (6229); AbuBecker, Inc. (3801); AEA Enterprises, Inc. (5429); AEE Enterprises, Inc. (5502); East Peoria Enterprise, Inc. (4035); Elham, Inc. (8336); ElSayed, Inc. (0698); Fatma Enterprises, Inc. (5595); Halima I, Inc. (1829); Mahmoud, Inc. (2263); Sabah Restaurant, Inc. (4916); Westchester Enterprise, Inc. (8376); and Ali Alforookh (0099).

{AF/001/00039734.DOC/}

(collectively, the "Agreements") with IHOP Franchising, LLC; IHOP Franchise Company, LLC; IHOP Properties, LLC; IHOP Property Leasing, LLC; IHOP IP, LLC; and International House of Pancakes, LLC (collectively, "IHOP").

After the Petition Date, the Debtors continued to operate their businesses and manage their property as debtors-in-possession. On April 28, 2014, IHOP filed its Motion For Appointment of a Chapter 11 Trustee, and on May 12, 2014, the Court entered its order confirming Frances Gecker's appointment as Chapter 11 trustee for each of the Debtors' estates.

On May 20, 2014, the Court entered an order (amended on May 22, 2014), substantively consolidating the following Debtors' cases:

- A & F Enterprises, Inc. II (Case No. 13-7930)
- AEA Enterprises, Inc. (Case No. 13-7983)
- AEE Enterprises, Inc. (Case No. 13-7990)
- East Peoria Enterprise, Inc. (Case No. 13-7995)
- Elham, Inc. (Case No. 13-24546)
- ElSayed, Inc. (Case No. 13-8057)
- Halima I, Inc. (Case No. 13-8013)
- Mahmoud, Inc. (Case No. 13-8049)
- Sabah Restaurant, Inc. (Case No. 13-8028)

After her appointment, the Trustee was primarily involved in selling the operating restaurants. The Trustee entered into an interim management agreement with Siyavoush Soleimani while she continued to seek a buyer for the restaurants. Mr. Soleimani and his partner, Farshad Ashoori, made the only non-contingent purchase offer, and on June 17, 2014, this Court entered an order authorizing the Trustee to sell the operating restaurants to Mr. Soleimani and Mr. Ashoori for $3,150,000.00. The sale closed on June 20, 2014. After the sale closed, the Trustee continued her efforts to sell the remaining real estate and personal property assets of the Debtors. However, with the restaurants no longer operating, the Trustee determined that it was in the best interests of the estates to convert the Debtors' cases to cases

under Chapter 7 of the Bankruptcy Code. On August 5, 2014, this Court entered the conversion order.

During the pendency of the chapter 11 cases, in addition to selling the operating restaurants, the Trustee spent considerable time meeting with creditors and the Debtors' professionals; reviewing tax, insurance and banking issues; and reviewing and resolving claims against the Debtors' estates.

## LEGAL BASIS FOR COMPENSATION

Section 326(a) of the Bankruptcy Code provides that the Court allow reasonable compensation under Section 330 of the Bankruptcy Code to the trustee for the trustee's services, payable after the trustee renders such services not to exceed 25% of the first $5,000, 10% of amounts in excess of $5,000 but less than $50,000, 5% on any amount in excess of $50,000 but less than $1,000,000, and 3% on any amount in excess of $1,000,000, "upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims." 11 U.S.C. § 326(a). As of the August 5, 2014, the Trustee will have disbursed or turned over the following funds.

| | |
|---|---:|
| American Family Mutual Insurance Company | $1,716.49 |
| Van Eerden Food Service | $178,943.23 |
| IHOP | $1,034,100.67 |
| Inland Bank | $249,574.63 |
| High Ridge Partners | $30,000.00 |
| U.S. Trustee Quarterly Fees | $79,368.64 |
| Bond | $6,000.00 |
| Missouri Dept. of Revenue | $17,728.47 |
| Wisconsin Dept. of Revenue | $133,798.06 |

{AF/001/00039734.DOC/}                                -3-

| | |
|---|---:|
| City of Peoria Sales Tax | $4,806.51 |
| Village of Bolingbrook Sales Tax | $1,906.94 |
| City of Joliet Sales Tax | $3,222.04 |
| Aurora Sales Tax | $7,137.81 |
| Bloomington Sales Tax | $4,780.93 |
| Village of Westchester | $1,461.00 |
| Illinois Department of Revenue | $218,646.42 |
| Internal Revenue Service | $14,572.01 |
| Bank Service Fee | $3,536.34 |
| Tax Return Requests | $350.00 |
| **TOTAL** | **$1,991,650.19** |

| | |
|---|---|
| 25% of First $5,000.00 ($1,250.00 Maximum) | $1,250.00 |
| 10% of the next $45,000.00 ($4,500.00 Maximum) | $4,500.00 |
| 5% of the next $950,000.00 ($47,500.00 Maximum) | $47,500.00 |
| 3% of the Balance ($1,938,400.19) | $58,152.00 |
| **Total Calculated Compensation** | **$111,402.00** |

This is the Trustee's first and final fee application, and the Trustee has received no compensation to date. As set forth in the attached time records, Exhibit A, the Trustee has spent 162.40 hours at a cost of $112,868.00 in performing her statutory duties during the application period. The Trustee seeks compensation at the statutory cap, but does seek compensation for time actually spent administering this case.

WHEREFORE, Frances Gecker, Chapter 11 Trustee of the estates of A & F Enterprises, Inc. II and its affiliated Chapter 11 Debtors, respectfully requests that this Court enter an Order:

A. Allowing the Trustee compensation in the amount of $111,402.00; and

B. Granting such other relief as the Court deems just and equitable.

Respectfully submitted,

FRANCES GECKER, Chapter 11 Trustee of the Estates of A&F Enterprises, Inc. II, *et al.*

By: _____/s/ Frances Gecker_____

Frances Gecker (IL Bar No. 6198450)
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

Dated: August 28, 2014

## CERTIFICATE OF SERVICE

I, Frances Gecker, an attorney, hereby certify that on **August 28, 2014**, a true and correct copy of the **First and Final Fee Application Of Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, on August 28, 2014, a true and correct copy of the foregoing Notice of Motion and **First and Final Fee Application Of Frances Gecker, Chapter 11 Trustee Of The Estates Of A&F Enterprises, Inc. II and Its Affiliated Chapter 11 Debtors** was served, without exhibits, via email or first class U.S. mail, postage prepaid, upon the parties listed on the attached Service List.

                                                       */s/ Frances Gecker*

{AF/001/00039734.DOC/}

## *Mailing Information for Case 13-07930*

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John A Benson    jbenson@muchshelist.com, dwolski@muchshelist.com;sholstrom@muchshelist.com
- John M Brom    jbrom@querrey.com, cdicaro@querrey.com;jalonso@querrey.com
- Christopher M Brown    northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Toni Dillon    tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
- Faith Dolgin    faith.dolgin@illinois.gov
- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com
- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
- Frances Gecker    fgecker@fgllp.com
- Douglas C. Giese    dgiese@querrey.com, dcgiese@hotmail.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- William S Hackney    whackney@salawus.com, jadams@salawus.com
- Eileen R Hurley    hurley.eileen@dol.gov, sol-chi@dol.gov;Tyree.Vivian.K@dol.gov
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Richard J Mason    rmason@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
- Jeffrey M Monberg    jeffrey.monberg@quarles.com, jenny.fik@quarles.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Jeffrey K. Paulsen    jpaulsen@wfactorlaw.com, gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com
- Robert E Richards    robert.richards@dentons.com, NDIL_ECF@dentons.com
- Robert Romashko    robert.m.romashko@irscounsel.treas.gov
- Carole J. Ryczek    carole.ryczek@usdoj.gov
- Paul Schwarzenbart    pschwarz@leekilkelly.com, rwitherspoon@leekilkelly.com
- Robert H Skilton    rskilton@wnj.com, kfrantz@wnj.com
- Neal L Wolf    nwolf@muchshelist.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
- Neal L Wolf    nwolf@nealwolflaw.com, dwolski@muchshelist.com;dgramlich@muchshelist.com;jlenzke@muchshelist.com;jbenson@muchshelist.com;fdosunmu@muchshelist.com;sholstrom@muchshelist.com
- Stefanie Wowchuk McDonald    stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com
- Stefanie Wowchuk McDonald    stefanie.wowchuk@dentons.com, NDIL_ECF@dentons.com
- Zane L Zielinski    zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

## SERVICE LIST
## VIA ELECTRONIC MAIL

Dan Ashoori — dashoori@aol.com

Sam Soleimani — ihop005@sbcglobal.net

James Newbold, Assistant Attorney General — James.Newbold@illinois.gov
Illinois Department of Revenue

## SERVICE LIST
## VIA FIRST-CLASS MAIL, POSTAGE PREPAID

| | |
|---|---|
| First Farmers State Bank<br>4001 GE Road<br>Bloomington, IL 61704 | Kameli Law Group LLP<br>111 East Wacker Drive<br>Suite 555<br>Chicago, IL 60601 |
| Bouraxis Properties<br>14831 West Hickory Hills Drive<br>New Berlin, WI 53151 | Paul Bouraxis<br>Bouraxis Investments<br>4635 South 108th Street<br>Greenfield, WI 53228 |
| Kisswani Property<br>7222 West 90th Place<br>Bridgeview, IL 60453 | Mid America Bank<br>2317 Milton Avenue<br>Janesville, WI 53545 |
| Mach Properties<br>Attn: Sam K. Mach, President<br>206 West Camp Street<br>East Peoria, IL 61611 | McLane Foodservice, Inc.<br>2085 Midway Road<br>Carrollton, TX 75006 |
| JPMorgan Chase Bank, NA<br>Collateral Management Small Business<br>Louisville, KY 40232 | Chase<br>Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| Commonwealth Edison<br>Attn: Claims Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Nicor<br>Attn: Bankruptcy & Collections<br>P.O. Box 549<br>Aurora, IL 60507 |
| Wasserstrom<br>477 South Front Street<br>Columbus, OH 43215 | Cambridge Bank<br>1100 South Rand Road<br>Lake Zurich, IL 60047 |

| | |
|---|---|
| Monder Manna<br>10833 South Lockwood<br>Oak Lawn, IL 60453 | Property Tax: IHOP<br>Sharon Kosyan<br>1045 South Woodsmill Road, Suite One<br>Town & Country, MO 63017 |
| US Bank<br>P.O. Box 790410<br>Saint Louis, MO 63179-0401 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL 60606 | United States Attorney<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| D. Patrick Mullarkey<br>Tax Division (Department of Justice)<br>P.O. Box 55<br>Ban Franklin Station<br>Washington, D.C. 20044 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>c/o Hiram Cutting, Bankruptcy Specialist<br>P.O. Box 8901<br>Madison, WI 53708-8901 | |