# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| A & F ENTERPRISES, INC. II § | Case No. 13-07930 |
| § | |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANCES GECKER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/28/2018 in Courtroom 619 (Judge Donald R. Cassling),
  EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
  219 S. DEARBORN STREET
  CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2018                 By: /s/ Frances Gecker
                                             Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
§
A & F ENTERPRISES, INC. II §   Case No. 13-07930
§
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 526,489.63 |
| and approved disbursements of | $ 501,030.02 |
| leaving a balance on hand of[1] | $ 25,459.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| MAH - 4 | INLAND BANK AND TRUST | $ 262,633.41 | $ 262,633.41 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 25,459.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 29,574.48 | $ 0.00 | $ 16,034.61 |
| Fees: OFFICE OF THE U. S. TRUSTEE | $ 9,425.00 | $ 0.00 | $ 9,425.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 25,459.61 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | $ 36.88 | $ 36.88 | $ 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | $ 41,780.45 | $ 41,780.45 | $ 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): GRIECO | $ 157,485.18 | $ 157,485.18 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): MUCH SHELIST | $ 43,694.87 | $ 43,694.87 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): O'ROURKE | $ 75,784.43 | $ 75,784.43 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): NEAL WOLFE | $ 168,789.32 | $ 168,789.32 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 7,042.32 | $ 0.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF REVENUE | $ 31,869.31 | $ 0.00 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 10,626.13 | $ 0.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF REVENUE | $ 23,001.34 | $ 0.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPT OF EMPLOYMENT SECURITY | $ 2,335.62 | $ 0.00 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 11,330.72 | $ 11,330.72 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: Illinois Department of Revenue Bankruptcy Section | $ 20,111.92 | $ 0.00 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: Illinois Dept of Employment Security (ADMINISTRATIVE) | $ 2,791.87 | $ 0.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other State or Local Taxes: Illinois Dept. of Employment Security | $ 6,697.05 | $ 0.00 | $ 0.00 |
| Total to be paid for prior chapter administrative expenses | | $ | 0.00 |
| Remaining Balance | | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,400,418.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | TAX FIELD | $ 900.00 | $ 0.00 | $ 0.00 |
| 25 | TAX FIELD | $ 900.00 | $ 0.00 | $ 0.00 |
| AEA - 1 | DEPARTMENT OF TREASURY | $ 11,370.05 | $ 0.00 | $ 0.00 |
| AEA - 2P | ILLINOIS DEPARTMENT OF REVENUE | $ 13,149.00 | $ 0.00 | $ 0.00 |
| AEA - 5 | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 5,281.20 | $ 0.00 | $ 0.00 |
| AEE - 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 11,185.00 | $ 0.00 | $ 0.00 |
| AEE - 3P | DEPARTMENT OF TREASURY | $ 9,222.73 | $ 0.00 | $ 0.00 |
| AEE - 5 | DEPARTMENT OF TREASURY | $ 6,316.92 | $ 0.00 | $ 0.00 |
| ELH - 6P | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 1,080.36 | $ 0.00 | $ 0.00 |
| ELS - 1P | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 4,767.45 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| ELS - 3 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 48,591.54 | $ 0.00 | $ 0.00 |
| EPE - 1P | ILLINOIS DEPARTMENT OF REVENUE | $ 18,332.52 | $ 0.00 | $ 0.00 |
| EPE - 2P | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 1,582.41 | $ 0.00 | $ 0.00 |
| EPE - 5 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 25,699.85 | $ 0.00 | $ 0.00 |
| HAL - 1P | Illinois Department of Revenue Bankruptcy Section | $ 9,576.00 | $ 0.00 | $ 0.00 |
| HAL - 2P | DEPARTMENT OF THE TREASURY-INTERNAL | $ 1,037.87 | $ 0.00 | $ 0.00 |
| MAH - 2P | Department of Treasury Internal Revenue Service | $ 10,217.96 | $ 0.00 | $ 0.00 |
| MAH - 5 | DEPARTMENT OF TREASURY | $ 21,803.11 | $ 0.00 | $ 0.00 |
| SAB - 1P | IL Dept. of Rev. | $ 7,554.50 | $ 0.00 | $ 0.00 |
| SAB - 2P | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 24,516.87 | $ 0.00 | $ 0.00 |
| SAB - 5 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 18,605.55 | $ 0.00 | $ 0.00 |
| 2P | ILLINOIS DEPARTMENT OF REVENUE | $ 8,969.00 | $ 0.00 | $ 0.00 |
| 6 | MARK ODZOA | $ 1,015,700.00 | $ 0.00 | $ 0.00 |
| 10 | United States Department of Labor | $ 10,944.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | IHOP FRANCHISING, LLC | $ 71,610.00 | $ 0.00 | $ 0.00 |
| 15 | MARK ODZGA | $ 1,015,700.00 | $ 0.00 | $ 0.00 |
| 18 | SAMER FARROUKH | $ 2,816.90 | $ 0.00 | $ 0.00 |
| 19 | MONDER MANNA | $ 7,035.10 | $ 0.00 | $ 0.00 |
| 20 | MONDER MANNA | $ 4,889.62 | $ 0.00 | $ 0.00 |
| 21 | MONDER MANNA | $ 7,035.10 | $ 0.00 | $ 0.00 |
| 22 | MONDER MANNA | $ 4,027.39 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                              $           0.00

Remaining Balance                                                                   $           0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,988,229.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 0.00 | $ 0.00 | $ 0.00 |
|  | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
|  | ILLINOIS DEPARTMENT OF REVENUE | $ 13,149.00 | $ 0.00 | $ 0.00 |
|  | IHOP Franchising, LLC for itself and other IHOP en c/o Rober | $ 0.00 | $ 0.00 | $ 0.00 |
|  | DEPARTMENT OF TREASURY | $ 11,370.05 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| MAH - 2U | Department of Treasury Internal Revenue Service | $ 5,628.64 | $ 0.00 | $ 0.00 |
| SAB - 1U | IL Dept. of Rev. | $ 25.00 | $ 0.00 | $ 0.00 |
| SAB - 2U | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | $ 16,842.66 | $ 0.00 | $ 0.00 |
| AEA - 2U | ILLINOIS DEPARTMENT OF REVENUE | $ 337.12 | $ 0.00 | $ 0.00 |
| AEA - 3 | IHOP FRANCHISING, LLC | $ 112,079.64 | $ 0.00 | $ 0.00 |
| AEE - 1 | COMMONWEALTH EDISON | $ 1,461.97 | $ 0.00 | $ 0.00 |
| AEE - 2U | ILLINOIS DEPARTMENT OF REVENUE | $ 706.24 | $ 0.00 | $ 0.00 |
| AEE - 3U | DEPARTMENT OF TREASURY | $ 844.12 | $ 0.00 | $ 0.00 |
| AEE - 4 | IHOP Franchising, LLC for itself and other IHOP en c/o Rober | $ 18,480.00 | $ 0.00 | $ 0.00 |
| AEE - 7P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 4,137.72 | $ 0.00 | $ 0.00 |
| AEE - 7U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 202.33 | $ 0.00 | $ 0.00 |
| ELH - 1P | INTERNAL REVENUE SERVICE | $ 6,397.43 | $ 0.00 | $ 0.00 |
| ELH - 1U | INTERNAL REVENUE SERVICE | $ 69.52 | $ 0.00 | $ 0.00 |
| ELH - 3 | WAGE AND HOUR ADMINISTATOR | $ 14,097.93 | $ 0.00 | $ 0.00 |
| ELH - 4 | IHOP Franchising, LLC for itself and other IHOP en c/o Rober | $ 83,222.00 | $ 0.00 | $ 0.00 |
| ELH - 5 | WAGE AND HOUR ADMINISTATOR | $ 14,097.93 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| ELH - 6U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 260.00 | $ 0.00 | $ 0.00 |
| ELS - 1U | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 107.33 | $ 0.00 | $ 0.00 |
| ELS - 2 | IHOP Franchising, LLC for itself and other IHOP en clo Rober | $ 70,200.00 | $ 0.00 | $ 0.00 |
| EPE - 1U | ILLINOIS DEPARTMENT OF REVENUE | $ 855.52 | $ 0.00 | $ 0.00 |
| EPE - 2U | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 269.83 | $ 0.00 | $ 0.00 |
| EPE - 3 | IHOP Franchising, LLC for itself and other IHOP en clo Rober | $ 73,540.00 | $ 0.00 | $ 0.00 |
| HAL - 1U | Illinois Department of Revenue Bankruptcy Section | $ 214.76 | $ 0.00 | $ 0.00 |
| HAL - 2U | DEPARTMENT OF THE TREASURY- INTERNAL | $ 1,356.00 | $ 0.00 | $ 0.00 |
| HAL - 3 | U. S. Dept of Labor Wage and Hour Administrator Eileen Hurle | $ 9,564.24 | $ 0.00 | $ 0.00 |
| HAL - 4 | IHOP Franchising, LLC for itself and other IHOP en clo Rober | $ 67,863.59 | $ 0.00 | $ 0.00 |
| HAL - 5 | Travelers Indemnity Company c/o RMS Bankruptcy Recovery Serv | $ 9,539.09 | $ 0.00 | $ 0.00 |
| HAL - 6 | U. S. Dept of Labor Wage and Hour Administrator Eileen Hurle | $ 9,564.24 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| MAH - 1 | PNC BANK | $ 4,524.00 | $ 0.00 | $ 0.00 |
| MAH - 3 | IHOP Franchising, LLC IHOP entities c/o Robert E. Richards D | $ 105,518.00 | $ 0.00 | $ 0.00 |
| SAB - 3 | IHOP Franchising, LLC for itself and other IHOP en c/o Rober | $ 74,636.70 | $ 0.00 | $ 0.00 |
| 1 | DEPARTMENT OF THE TREASURY | $ 195.00 | $ 0.00 | $ 0.00 |
| 2U | ILLINOIS DEPARTMENT OF REVENUE | $ 520.70 | $ 0.00 | $ 0.00 |
| 4 | CHASE PAYMENTECH, LLC | $ 1.00 | $ 0.00 | $ 0.00 |
| 6U | MARK ODZOA | $ 83,795.25 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS AMERICAN WATER | $ 743.54 | $ 0.00 | $ 0.00 |
| 8 | MID AMERICA BANK | $ 1,358,312.27 | $ 0.00 | $ 0.00 |
| 9 | COMMONWEALTH EDISON | $ 3,750.56 | $ 0.00 | $ 0.00 |
| 11 | IHOP FRANCHISING, LLC | $ 1,272,925.20 | $ 0.00 | $ 0.00 |
| 12U | IHOP FRANCHISING, LLC | $ 420,969.00 | $ 0.00 | $ 0.00 |
| 13U | DEPARTMENT OF TREASURY- INTERNAL REVENUE SERVICE | $ 2,943.35 | $ 0.00 | $ 0.00 |
| 14 | COMMONWEALTH EDISON CO | $ 17,930.69 | $ 0.00 | $ 0.00 |
| 15U | MARK ODZGA | $ 83,795.25 | $ 0.00 | $ 0.00 |
| 16 | United States Department of Labor | $ 10,944.70 | $ 0.00 | $ 0.00 |
| 26 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | $ 240.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                         $            0.00

    Remaining Balance                                                  $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 1,005.37  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| AEA -6 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 1,005.37 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors     $_____0.00

    Remaining Balance                                                  $_____0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                     Prepared By: /s/ Frances Gecker_____
                                                                            Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.