# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| A & F ENTERPRISES, INC. II | § | Case No. 13-07930 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 526,489.63 | |

3) Total gross receipts of $ 526,489.63  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 526,489.63  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 262,633.41 | $ 262,633.41 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,461.51 | 27,461.51 | 27,461.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 624,770.07 | 603,503.68 | 499,028.12 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 67,347.02 | 2,400,418.70 | 2,400,418.70 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 498,610.89 | 3,989,288.48 | 3,989,234.48 | 0.00 |
| TOTAL DISBURSEMENTS | $ 565,957.91 | $ 7,304,572.17 | $ 7,283,251.78 | $ 526,489.63 |

4)  This case was originally filed under chapter 11 on  02/28/2013 , and it was converted to chapter 7 on  08/06/2014 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/30/2018               By:/s/Frances Gecker, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - BMO HARRIS BANK X9763 | 1129-000 | 20,114.81 |
| BANK ACCOUNTS - BMO HARRIS BANK X9771 | 1129-000 | 4,186.98 |
| BANK ACCOUNTS - BMO HARRIS BANK X9798 | 1129-000 | 1,230.60 |
| Refund from Nicor Gas | 1229-000 | 4,949.46 |
| CHAPTER 11 BOND REFUND | 1290-000 | 4,602.00 |
| FUNDS IN DEBTOR IN POSSESSION BANK ACCOUNT | 1290-000 | 490,205.78 |
| TAX RETURN REQUEST REFUND FROM IRS | 1290-000 | 1,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 526,489.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INLAND BANK AND TRUST | 4110-000 | NA | 262,633.41 | 262,633.41 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 262,633.41** | **$ 262,633.41** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 16,034.61 | 16,034.61 | 16,034.61 |
| ADAMS-LEVINE | 2300-000 | NA | 19.83 | 19.83 | 19.83 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 15.03 | 15.03 | 15.03 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 12.78 | 12.78 | 12.78 |
| Associated Bank | 2600-000 | NA | 685.09 | 685.09 | 685.09 |
| Bank of New York Mellon | 2600-000 | NA | 577.31 | 577.31 | 577.31 |
| The Bank of New York Mellon | 2600-000 | NA | 414.18 | 414.18 | 414.18 |
| Department of Treasury | 2810-000 | NA | 277.68 | 277.68 | 277.68 |
| OFFICE OF THE U. S. TRUSTEE | 2950-000 | NA | 9,425.00 | 9,425.00 | 9,425.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 27,461.51** | **$ 27,461.51** | **$ 27,461.51** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): MUCH SHELIST | 6210-000 | NA | 43,694.87 | 43,694.87 | 43,694.87 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): NEAL WOLFE | 6210-000 | NA | 168,789.32 | 168,789.32 | 168,789.32 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): O'ROURKE | 6210-000 | NA | 75,784.43 | 75,784.43 | 75,784.43 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | 6410-000 | NA | 41,780.45 | 41,780.45 | 41,780.45 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): GRIECO | 6410-000 | NA | 157,485.18 | 157,485.18 | 157,485.18 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | 6420-000 | NA | 36.88 | 36.88 | 36.88 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Income Taxes - Internal Revenue Service: DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 6810-000 | NA | 10,626.13 | 10,626.13 | 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | 6810-000 | NA | 11,330.72 | 11,330.72 | 11,330.72 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF EMPLOYMENT S | 6820-000 | NA | 7,042.32 | 7,042.32 | 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF REVENUE | 6820-000 | NA | 76,137.04 | 54,870.65 | 0.00 |
| Prior Chapter Other State or Local Taxes: Illinois Department of Revenue Bankruptcy Section | 6820-000 | NA | 20,111.92 | 20,111.92 | 0.00 |
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPT OF EMPLOYMENT SECURITY | 6820-000 | NA | 2,335.62 | 2,335.62 | 0.00 |
| Prior Chapter Other State or Local Taxes: Illinois Dept of Employment Security (ADMINISTRATIVE) | 6820-000 | NA | 2,791.87 | 2,791.87 | 0.00 |
| Prior Chapter Other State or Local Taxes: Illinois Dept. of Employment Security | 6820-000 | NA | 6,697.05 | 6,697.05 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses: CHANDRA LARRISON | 6950-000 | NA | 126.27 | 126.27 | 126.27 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 624,770.07** | **$ 603,503.68** | **$ 499,028.12** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | (MAHMOUD) ELBANNA, ELSAYAD | | 1,674.32 | NA | NA | 0.00 |
| | (MAHMOUD) WISC. DEPT. OF REV. | | 0.00 | NA | NA | 0.00 |
| 12 | IHOP FRANCHISING, LLC | 5200-000 | 12,746.67 | 71,610.00 | 71,610.00 | 0.00 |
| 24 | TAX FIELD | 5200-000 | NA | 900.00 | 900.00 | 0.00 |
| 25 | TAX FIELD | 5200-000 | NA | 900.00 | 900.00 | 0.00 |
| 19 | MONDER MANNA | 5300-000 | 7,035.10 | 7,035.10 | 7,035.10 | 0.00 |
| 20 | MONDER MANNA | 5300-000 | NA | 4,889.62 | 4,889.62 | 0.00 |
| 21 | MONDER MANNA | 5300-000 | NA | 7,035.10 | 7,035.10 | 0.00 |
| 22 | MONDER MANNA | 5300-000 | 1,582.09 | 4,027.39 | 4,027.39 | 0.00 |
| 18 | SAMER FARROUKH | 5300-000 | NA | 2,816.90 | 2,816.90 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | United States Department of Labor | 5300-000 | NA | 10,944.70 | 10,944.70 | 0.00 |
| 15 | MARK ODZGA | 5700-000 | NA | 1,015,700.00 | 1,015,700.00 | 0.00 |
| 6 | MARK ODZOA | 5700-000 | NA | 1,015,700.00 | 1,015,700.00 | 0.00 |
| | DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | NA | 1,037.87 | 1,037.87 | 0.00 |
| | DEPARTMENT OF TREASURY | 5800-000 | NA | 48,712.81 | 48,712.81 | 0.00 |
| | Department of Treasury Internal Revenue Service | 5800-000 | NA | 10,217.96 | 10,217.96 | 0.00 |
| | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 5800-000 | NA | 129,044.87 | 129,044.87 | 0.00 |
| | IL Dept. of Rev. | 5800-000 | 11,692.54 | 7,554.50 | 7,554.50 | 0.00 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | NA | 1,080.36 | 1,080.36 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 22,542.80 | 42,666.52 | 42,666.52 | 0.00 |
| 2P | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 10,073.50 | 8,969.00 | 8,969.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section | 5800-000 | NA | 9,576.00 | 9,576.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 67,347.02 | $ 2,400,418.70 | $ 2,400,418.70 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | (AEA) KAMELI LAW GROUP LLP | | 0.00 | NA | NA | 0.00 |
| | (AEA) VAN EERDEN FOOD SERVICE CO. | | 19,359.47 | NA | NA | 0.00 |
| | (AEE) KAMELI LAW GROUP LLP | | 0.00 | NA | NA | 0.00 |
| | (AEE) VAN EERDEN FOOD SERVICE CO | | 28,765.79 | NA | NA | 0.00 |
| | (E. PEORIA) KAMELI LAW GROUP | | 0.00 | NA | NA | 0.00 |
| | (E. PEORIA) MACH PROPERTIES | | 0.00 | NA | NA | 0.00 |
| | (E. PEORIA) VAN EERDEN FOOD SERVICE | | 27,268.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | (ELHAM) CHASE | | 9,861.95 | NA | NA | 0.00 |
| | (ELHAM) KAMELI LAW GROUP | | 0.00 | NA | NA | 0.00 |
| | (ELHAM) VAN EERDEN FOOD SERVICE CO. | | 27,688.66 | NA | NA | 0.00 |
| | (ELSAYED) CROSSING SHOPPING CENTER | | 0.00 | NA | NA | 0.00 |
| | (ELSAYED) KAMELI LAW GROUP | | 0.00 | NA | NA | 0.00 |
| | (ELSAYED) MCLANE FOODSERVICE, INC. | | 0.00 | NA | NA | 0.00 |
| | (HALIMA) CHASE | | 4,300.82 | NA | NA | 0.00 |
| | (HALIMA) KAMELI LAW GROUP | | 0.00 | NA | NA | 0.00 |
| | (HALIMA) VAN EERDEN FOOD SERVICE | | 29,014.51 | NA | NA | 0.00 |
| | (MAHMOUD) BOURAXIS PROPERTIES | | 0.00 | NA | NA | 0.00 |
| | (MAHMOUD) KAMELI LAW GROUP | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | (MAHMOUD) VAN EERDEN FOOD SERVICE |  | 38,444.53 | NA | NA | 0.00 |
|  | (SABAH) KAMELI LAW GROUP |  | 0.00 | NA | NA | 0.00 |
|  | (SABAH) NICOR |  | 1,800.00 | NA | NA | 0.00 |
|  | (SABAH) VAN EERDEN FOOD SERVICE |  | 28,274.61 | NA | NA | 0.00 |
|  | (SABAH) WASSERSTROM |  | 0.00 | NA | NA | 0.00 |
|  | KAMELI LAW GROUP LLP |  | 0.00 | NA | NA | 0.00 |
|  | VAN EERDEN FOOD SERVICE COMPANY |  | 29,677.36 | NA | NA | 0.00 |
| 4 | CHASE PAYMENTECH, LLC | 7100-000 | 5,405.93 | 1.00 | 1.00 | 0.00 |
|  | COMMONWEALTH EDISON | 7100-000 | NA | 1,461.97 | 1,461.97 | 0.00 |
| 9 | COMMONWEALTH EDISON | 7100-000 | 5,985.00 | 3,750.56 | 3,750.56 | 0.00 |
| 14 | COMMONWEALTH EDISON CO | 7100-000 | NA | 17,930.69 | 17,930.69 | 0.00 |
| 1 | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 195.00 | 195.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF THE TREASURY-INTERNAL | 7100-000 | NA | 1,356.00 | 1,356.00 | 0.00 |
| | DEPARTMENT OF TREASURY | 7100-000 | 11,370.05 | 12,214.17 | 12,214.17 | 0.00 |
| | Department of Treasury Internal Revenue Service | 7100-000 | NA | 5,682.64 | 5,628.64 | 0.00 |
| | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 7100-000 | NA | 17,219.82 | 17,219.82 | 0.00 |
| 13U | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,943.35 | 2,943.35 | 0.00 |
| | IHOP FRANCHISING, LLC | 7100-000 | 9,986.30 | 112,079.64 | 112,079.64 | 0.00 |
| 11 | IHOP FRANCHISING, LLC | 7100-000 | 5,099.25 | 1,272,925.20 | 1,272,925.20 | 0.00 |
| 12U | IHOP FRANCHISING, LLC | 7100-000 | 12,930.63 | 420,969.00 | 420,969.00 | 0.00 |
| | IHOP Franchising, LLC for itself and other IHOP en clo Rober | 7100-000 | 156,250.26 | 387,942.29 | 387,942.29 | 0.00 |
| | IHOP Franchising, LLC IHOP entities c/o Robert E. Richards D | 7100-000 | NA | 105,518.00 | 105,518.00 | 0.00 |
| | IL Dept. of Rev. | 7100-000 | NA | 25.00 | 25.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ILLINOIS AMERICAN WATER | 7100-000 | NA | 743.54 | 743.54 | 0.00 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 4,340.05 | 4,340.05 | 0.00 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 260.00 | 260.00 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 47,127.29 | 15,047.88 | 15,047.88 | 0.00 |
| 2U | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 520.70 | 520.70 | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section | 7100-000 | NA | 214.76 | 214.76 | 0.00 |
| 26 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 7100-000 | NA | 240.00 | 240.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 7100-000 | NA | 6,466.95 | 6,466.95 | 0.00 |
| 15U | MARK ODZGA | 7100-000 | NA | 83,795.25 | 83,795.25 | 0.00 |
| 6U | MARK ODZOA | 7100-000 | NA | 83,795.25 | 83,795.25 | 0.00 |
| 8 | MID AMERICA BANK | 7100-000 | NA | 1,358,312.27 | 1,358,312.27 | 0.00 |
| | PNC BANK | 7100-000 | NA | 4,524.00 | 4,524.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Indemnity Company c/o RMS Bankruptcy Recovery Serv | 7100-000 | NA | 9,539.09 | 9,539.09 | 0.00 |
| | U. S. Dept of Labor Wage and Hour Administrator Eileen Hurle | 7100-000 | NA | 19,128.48 | 19,128.48 | 0.00 |
| 16 | United States Department of Labor | 7100-000 | NA | 10,944.70 | 10,944.70 | 0.00 |
| | WAGE AND HOUR ADMINISTATOR | 7100-000 | NA | 28,195.86 | 28,195.86 | 0.00 |
| | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7200-000 | NA | 1,005.37 | 1,005.37 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 498,610.89 | $ 3,989,288.48 | $ 3,989,234.48 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-07930 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | A & F ENTERPRISES, INC. II | | | | Date Filed (f) or Converted (c): | 08/06/2014 (c) |
| | | | | | 341(a) Meeting Date: | 09/19/2014 |
| For Period Ending: | 10/30/2018 | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  BANK ACCOUNTS - BMO HARRIS BANK  X9763 | 12,290.27 | 12,290.27 | | 20,114.81 | FA |
| 2.  BANK ACCOUNTS - BMO HARRIS BANK  X9771 | 1,285.84 | 1,285.84 | | 4,186.98 | FA |
| 3.  BANK ACCOUNTS - BMO HARRIS BANK  X9798 | 2,399.15 | 2,399.15 | | 1,230.60 | FA |
| 4.  Void - Chapter 11 Asset (u)<br><br>IHOP Store No. 1206 Franchise Agreement | 0.00 | N/A | | 0.00 | FA |
| 5.  Void - Chapter 11 Asset (u)<br><br>Various restaurant equipment. | 0.00 | N/A | | 0.00 | FA |
| 6.  Void - Chapter 11 Asset (u)<br><br>Inventory - food, glassware, hardware, smallware, office SU | 0.00 | N/A | | 0.00 | FA |
| 7.  CHAPTER 11 BOND REFUND (u) | 0.00 | 4,602.00 | | 4,602.00 | FA |
| 8.  Void - Chapter 11 Asset (u)<br><br>Cash - see global notes. | 0.00 | N/A | | 0.00 | FA |
| 9.  Void - Chapter 11 Asset (u)<br><br>Checking, Savings - see global notes. | 0.00 | N/A | | 0.00 | FA |
| 10.  Refund from Nicor Gas (u) | 0.00 | 0.00 | | 4,949.46 | FA |
| 11.  TAX RETURN REQUEST REFUND FROM IRS (u) | 0.00 | 0.00 | | 1,200.00 | FA |
| 12.  FUNDS IN DEBTOR IN POSSESSION BANK ACCOUNT (u) | 0.00 | 490,205.78 | | 490,205.78 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $15,975.26 | $510,783.04 | | $526,489.63 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

7/26/18 - Final Report filed with Bankruptcy Court.

7/20/18 - THE TRUSTEE HAS REVISED THE TFR PER THE UST'S INSTRUCTIONS AND RESUBMITTED FOR REVIEW.

6/27/18 - THE TRUSTEE HAS SUBMITTED A TFR FOR REVIEW AND FILING.

3/28/18 - THE TRUSTEE IS REVIEWING CLAIMS IN THE CONSOLIDATED CASE.

Initial Projected Date of Final Report (TFR): 06/30/2016       Current Projected Date of Final Report (TFR): 06/01/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-07930 | Trustee Name: Frances Gecker, Trustee |
| Case Name: A & F ENTERPRISES, INC. II | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1939 |
| | Checking |
| Taxpayer ID No: XX-XXX6229 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7622 | Transfer of Funds | 9999-000 | $25,851.15 | | $25,851.15 |
| 07/08/15 | | Transfer to Acct # xxxxxx7622 | Transfer of Funds | 9999-000 | | $37.59 | $25,813.56 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.70 | $25,783.86 |
| 08/24/15 | 7 | Global Surety, LLC - Bond Company One Shell Square 701 Poydras Street Suite 420 New Orleans, LA 70139 | Chapter 11 Bond Refund | 1290-000 | $4,602.00 | | $30,385.86 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.10 | $30,345.76 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.66 | $30,302.10 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.05 | $30,257.05 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.53 | $30,213.52 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.92 | $30,168.60 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.85 | $30,123.75 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $19.83 | $30,103.92 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.88 | $30,062.04 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.69 | $30,017.35 |
| | | | Page Subtotals: | | $30,453.15 | $435.80 | |

Case 13-07930   Doc 817   Filed 11/08/18   Entered 11/08/18 14:36:04   Desc Main
Document   Page 18 of 26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-07930
Case Name: A & F ENTERPRISES, INC. II

Trustee Name: Frances Gecker, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1939
Checking

Taxpayer ID No: XX-XXX6229
For Period Ending: 10/30/2018

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.19 | $29,974.16 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.56 | $29,929.60 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.06 | $29,886.54 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.43 | $29,842.11 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.36 | $29,797.75 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.87 | $29,754.88 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.24 | $29,710.64 |
| 02/02/17 | 5002 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $12.78 | $29,697.86 |
| 02/16/17 | 5003 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE PO BOX 145500 CINCINNATI, OH 45250-5500 | Elsayed Inc. - FEIN 20-2670698 Form 940 (2014) Elsayed Inc. - December 31, 2014 - FUTA Tax due. Debtor filed incorrect tax returns. | 6810-000 | | $3,513.74 | $26,184.12 |
| 03/24/17 | 5004 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | FEIN 20-2670698 FORM 940 TAX PERIOD: 12/31/2014 | 6810-000 | | $609.80 | $25,574.32 |

Page Subtotals:                          $0.00        $4,443.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-07930
Case Name: A & F ENTERPRISES, INC. II

Taxpayer ID No: XX-XXX6229
For Period Ending: 10/30/2018

Trustee Name: Frances Gecker, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1939
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/17 | 5005 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH  45999-0039 | Elsayed Inc. - FEIN 20-2670698 Form 940 (2014) Elsayed Inc. - December 31, 2014 - tax penalty for late FUTA Tax due.  Debtor filed incorrect tax returns. | 6810-000 | | $114.71 | $25,459.61 |
| 08/29/18 | 5006 | OFFICE OF THE U. S. TRUSTEE 219 S. DEARBORN ST. ROOM 873 CHICAGO, IL  60604 | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 2950-000 | | $9,425.00 | $16,034.61 |
| 08/29/18 | 5007 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Final distribution representing a payment of 54.22 % per court order. | 2100-000 | | $16,034.61 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $30,453.15 | $30,453.15 |
| Less: Bank Transfers/CD's | $25,851.15 | $37.59 |
| Subtotal | $4,602.00 | $30,415.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,602.00 | $30,415.56 |

Page Subtotals:                    $0.00        $25,574.32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-07930

Case Name: A & F ENTERPRISES, INC. II

Taxpayer ID No: XX-XXX6229

For Period Ending: 10/30/2018

Trustee Name: Frances Gecker, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7622

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/14 | 12 | CHAPTER 11 ESTATE TRANSFER OF FUNDS | Transfer from Chapter 11 case | 1290-000 | $490,205.78 | | $490,205.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $490,355.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $490,505.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $490,655.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $490,805.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $490,955.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $491,105.78 |
| 08/25/14 | 11 | UNITED STATES TREASURY Internal Revenue ServiceKansas City, MO  64999-0202 | Refund from IRS for copy of return | 1290-000 | $150.00 | | $491,255.78 |
| 09/02/14 | 11 | UNITED STATES TREASURY | Refund from IRS for copy of return | 1290-000 | $150.00 | | $491,405.78 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $282.34 | $491,123.44 |
| 09/09/14 | 10000 | GRIECO 2860 S. RIVER ROADSUITE 350DES PLAINES, ILLINOIS 60018 | A&F ENTERPRISES PURSUANT TO ORDER DATED 8/5/14 | 6410-000 | | $73,399.59 | $417,723.85 |
| 09/09/14 | 10001 | GRIECO 2860 S. RIVER ROADSUITE 350DES PLAINES, ILLINOIS 60018 | AEA ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6410-000 | | $17,665.04 | $400,058.81 |
| 09/09/14 | 10002 | GRIECO 2860 S. RIVER ROADSUITE 350DES PLAINES, ILLINOIS 60018 | AEE ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6410-000 | | $48,755.51 | $351,303.30 |

Page Subtotals: $491,405.78  $140,102.48

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: 13-07930 | | Trustee Name: Frances Gecker, Trustee | Exhibit 9 |
| Case Name: A & F ENTERPRISES, INC. II | | Bank Name: The Bank of New York Mellon | |
| | | Account Number/CD#: XXXXXX7622 | |
| | | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX6229 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/30/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 10003 | GRIECO 2860 S. RIVER ROADSUITE 350DES PLAINES, ILLINOIS 60018 | ELSAYED, INC. PURSUANT TO ORDER DATED 8/5/14 | 6410-000 | | $17,665.04 | $333,638.26 |
| 09/09/14 | 10004 | MUCH SHELIST 191 N. WACKER DRIVESUITE 1800CHICAGO, ILLINOIS 60606 | A&F ENTERPRISES PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $20,365.00 | $313,273.26 |
| 09/09/14 | 10005 | MUCH SHELIST 191 N. WACKER DRIVESUITE 1800CHICAGO, ILLINOIS 60606 | AEA ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $4,901.23 | $308,372.03 |
| 09/09/14 | 10006 | MUCH SHELIST 191 N. WACKER DRIVESUITE 1800CHICAGO, ILLINOIS 60606 | AEE ENTERPRISES PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $13,527.41 | $294,844.62 |
| 09/09/14 | 10007 | MUCH SHELIST 191 N. WACKER DRIVESUITE 1800CHICAGO, ILLINOIS 60606 | ELSAYED, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $4,901.23 | $289,943.39 |
| 09/09/14 | 10008 | O'ROURKE 55 W. WACKER DRIVESUITE 1400CHICAGO, ILLINOIS 60601 | A&F ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $35,321.07 | $254,622.32 |
| 09/09/14 | 10009 | O'ROURKE 55 W. WACKER DRIVESUITE 1400CHICAGO, ILLINOIS 60601 | AEA ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $8,500.71 | $246,121.61 |
| 09/09/14 | 10010 | O'ROURKE 55 W. WACKER DRIVESUITE 1400CHICAGO, ILLINOIS 60601 | AEE ENTERPRISES PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $23,461.94 | $222,659.67 |
| 09/09/14 | 10011 | O'ROURKE 55 W. WACKER DRIVESUITE 1400CHICAGO, ILLINOIS 60601 | ELSAYED, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $8,500.71 | $214,158.96 |
| 09/09/14 | 10012 | NEAL WOLFE 155 N. WACKER DRIVESUITE 1910CHICAGO, ILLINOIS 60606 | A&F ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $78,668.14 | $135,490.82 |
| 09/09/14 | 10013 | NEAL WOLFE 155 N. WACKER DRIVESUITE 1910CHICAGO, ILLINOIS 60606 | AEA ENTERPRISES, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $18,933.02 | $116,557.80 |
| 09/09/14 | 10014 | NEAL WOLFE 155 N. WACKER DRIVESUITE 1910CHICAGO, ILLINOIS 60606 | AEE ENTERPRISES PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $52,255.14 | $64,302.66 |

| | | | | Page Subtotals: | $0.00 | $287,000.64 |
|---|---|---|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-07930

Case Name: A & F ENTERPRISES, INC. II

Taxpayer ID No: XX-XXX6229

For Period Ending: 10/30/2018

Trustee Name: Frances Gecker, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7622

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 10015 | NEAL WOLFE 155 N. WACKER DRIVESUITE 1910CHICAGO, ILLINOIS 60606 | ELSAYED, INC. PURSUANT TO ORDER DATED 8/5/14 | 6210-000 | | $18,933.02 | $45,369.64 |
| 09/12/14 | | ESTATE OF ALI ALFOROOKH Frances Gecker, Trustee | Funds transferred from estate Wire deposit into wrong estate account (Ali Alforookh Estate). Wire in from 15 bank accounts. Transfer by check. | 1110-001 | $25,532.39 | | $70,902.03 |
| 09/17/14 | | ESTATE OF ALI ALFOROOKH Frances Gecker, Trustee | Funds transferred from estate Funds incorrectly deposited into Ali Alforookh estate. Transfer by check. | | $25,532.39 | | $96,434.42 |
| | | | Gross Receipts $25,532.39 | | | | |
| | 1 | | BANK ACCOUNTS - BMO HARRIS BANK X9763 $20,114.81 | 1129-000 | | | |
| | 2 | | BANK ACCOUNTS - BMO HARRIS BANK X9771 $4,186.98 | 1129-000 | | | |
| | 3 | | BANK ACCOUNTS - BMO HARRIS BANK X9798 $1,230.60 | 1129-000 | | | |
| 09/17/14 | | Reverses Deposit # 10 | Funds transferred from estate Date of deposit was wrong. Should be 9/17/14. | 1110-000 | ($25,532.39) | | $70,902.03 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $294.97 | $70,607.06 |
| 10/14/14 | 10016 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | First and Final Fee App Order dated 10/14/14 | | | $41,817.33 | $28,789.73 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($41,780.45) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($36.88) | 3420-000 | | | |
| 10/27/14 | 10 | Nicor Gas P.O. Box 4569 Atlanta, GA 30302 | Refund from Nicor Gas | 1229-000 | $4,949.46 | | $33,739.19 |

Page Subtotals: $30,481.85 $61,045.32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-07930 | Trustee Name: Frances Gecker, Trustee |
| Case Name: A & F ENTERPRISES, INC. II | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7622 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX6229 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.90 | $33,663.29 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.44 | $33,614.85 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.97 | $33,564.88 |
| 01/29/15 | 10017 | CHANDRA LARRISON 110 CARLSON AVE. WASHINGTON, IL  61571 | Payroll Check Replacement<br><br>East Peoria IHOP 309-258-1820 | 6950-000 | | $126.27 | $33,438.61 |
| 01/30/15 | 10018 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 36-4306229 FORM 940 (2014) | 6810-000 | | $897.97 | $32,540.64 |
| 01/30/15 | 10019 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 55-0808336 FORM 940 (2014) Elham, Inc. | 6810-000 | | $1,008.54 | $31,532.10 |
| 01/30/15 | 10020 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 20-2670698 FORM 940 (2014) ELSAYED, INC. | 6810-000 | | $1,131.20 | $30,400.90 |
| 01/30/15 | 10021 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 36-4431829 FORM 940 (2014) HALIMA I, INC. | 6810-000 | | $1,134.97 | $29,265.93 |
| 01/30/15 | 10022 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 26-1362263 FORM 940 (2014) MAHMOUD, INC. | 6810-000 | | $1,105.66 | $28,160.27 |
| 01/30/15 | 10023 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. Box 804521 CINCINNATI, OH  45280-4521 | FEIN 36-4484916 FORM 940 (2014) SABAH RESTAURANT, INC. | 6810-000 | | $1,037.44 | $27,122.83 |

| | | | | Page Subtotals: | $0.00 | $6,616.36 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-07930 | Trustee Name: Frances Gecker, Trustee | Exhibit 9 |
| Case Name: A & F ENTERPRISES, INC. II | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7622 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX6229 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/15 | 10024 | UNITED STATES TREASURY INTERNAL REVENUE SERVICE P.O. BOX 804521 CINCINNATI, OH  45280-4521 | FEIN 26-2638376 FORM 940 (2014) WESTCHESTER ENTERPRISES, INC. | 6810-000 | | $776.69 | $26,346.14 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $49.90 | $26,296.24 |
| 02/10/15 | 10025 | ARTHUR B. LEVINE COMPANY Attn:  Maria Sponza 60 East 42nd Street, Room 965 New York, NY  10165 | Bond No. 10BSBGR6291 | 2300-000 | | $15.03 | $26,281.21 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $36.76 | $26,244.45 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $39.02 | $26,205.43 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.70 | $26,167.73 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.90 | $26,128.83 |
| 06/29/15 | 10026 | Department of Treasury Internal Revenue Service Cincinnati, OH  45999-0039 | Tax Period 12/31/14; FEIN 26-4694035 (940)  East Peoria Enterprise Inc. | 2810-000 | | $277.68 | $25,851.15 |
| 07/08/15 | | Transfer from Acct # xxxxxx1939 | Transfer of Funds | 9999-000 | $37.59 | | $25,888.74 |
| 07/08/15 | | Transfer to Acct # xxxxxx1939 | Transfer of Funds | 9999-000 | | $25,851.15 | $37.59 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $37.59 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $521,925.22 | $521,925.22 |
| Page Subtotals: | $37.59 | $27,160.42 |

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $37.99 | $25,851.15 |
| Subtotal | $521,887.63 | $496,074.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $521,887.63 | $496,074.07 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Case 13-07930 Doc 817 Filed 11/08/18 Entered 11/08/18 14:36:04 Desc Main

Document Page 26 of 26

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1939 - Checking | $4,602.00 | $30,415.56 | $0.00 |
| XXXXXX7622 - GENERAL CHECKING | $521,887.63 | $496,074.07 | $0.00 |
| | $526,489.63 | $526,489.63 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $526,489.63 |
| Total Gross Receipts: | $526,489.63 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*        Page Subtotals:        $0.00        $0.00